| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER individually, and on behalf of his business, KELLER HOLDINGS LLC (d/b/a SecureSight), and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:25-CV-01892-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Date:   August 7, 2025<br>Time:   2:00 p.m.<br>Place:   Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT
CASE NO. 3:25-CV-01892-AMO

Before the Court is Defendants' Motion to Dismiss Plaintiff's Class Action Complaint. Having reviewed and considered all papers and arguments submitted in support of and opposition to the Motion, the Court orders as follows:

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants for intentional interference of contractual relations (Claim 1), intentional interference with prospective economic relations (Claim 2), and violation of the Unfair Competition Law ("UCL") (Claim 3) are dismissed pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6).

IT IS SO ORDERED.

Date:_____

                                                                 _____
                                                                 Hon. Araceli Martínez-Olguín
                                                                United States District Court Judge
                                                                Northern District of California