ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(pro hac vice forthcoming)*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants*
*Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, individually and on behalf of his business, KELLER HOLDINGS LLC (DBA SecureSight), and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG,<br><br>        Defendants. | CASE NO. 3:25-CV-01892<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**Hearing:**<br>Date: August 7, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Automattic Inc. and Matthew Charles Mullenweg disclose the following:

Automattic Inc. has no parent corporation. Salesforce is a publicly held corporation which owns 10% or more of Automattic's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Automattic, Inc.: Defendant
2. Matthews Charles Mullenweg: Defendant
3. Tiger Global: Shareholder of Automattic, Inc.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict of interest (other than the named parties) to report.

DATED: May 5, 2025

BY: */S/ KAHN A. SCOLNICK*
Kahn A. Scolnick

GIBSON, DUNN & CRUTCHER LLP
Kahn A. Scolnick
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7656
KScolnick@gibsondunn.com

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*