UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN KELLER, ET AL              ,

Plaintiff(s),

v.

AUTOMATTIC INC., ET AL          ,

Defendant(s).

Case No. 3:25-CV-01892-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Orin Snyder                , an active member in good standing of the bar of

New York                        , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Automattic Inc. and Matthew Charles Mullenweg          in the

above-entitled action. My local co-counsel in this case is Rosemarie T. Ring          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 220769          .

200 Park Avenue New York, NY 10166-0193
_____
MY ADDRESS OF RECORD

212.351.4000
_____
MY TELEPHONE # OF RECORD

osnyder@gibsondunn.com
_____
MY EMAIL ADDRESS OF RECORD

One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415.393.8200
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rring@gibsondunn.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2116424          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2          times in the 12 months

preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: May 7, 2025                                              Orin Snyder
                                                                    APPLICANT

5

6    ========================================================================

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Orin Snyder              is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: ___May 8, 2025_____

16

17    _____
                UNITED STATES DISTRICT/MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                              2