**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
DAVID A. MCGEE (*pro hac vice* to be sought)
dmcgee@tzlegal.com
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

*Counsel for Plaintiff Ryan Keller and Keller Holdings LLC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER, *individually and on behalf of his business,* KELLER HOLDINGS LLC (DBA SecureSight), *and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., *a Delaware corporation*, *and* MATTHEW CHARLES MULLENWEG, *an individual*<br><br>Defendants. | Case No. 3:25-cv-01892-RFL<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

1        Pursuant to Local Rule 3-15, Plaintiff submits this Certification of Conflicts and Interested

2  Entities or Persons. Undersigned counsel certifies that Plaintiff is an individual and there are no

3  known interested parties other than those identified in the caption of the case.

4

5  DATED: May 8, 2025              /s/ *Sabita J. Soneji*

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
DAVID A. MCGEE (*pro hac vice* to be sought)
dmcgee@tzlegal.com
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

*Attorneys for Plaintiff*

1

**ATTESTATION**

2       In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of

3  this document has been obtained from the other signatories.

4

5  DATED: May 8, 2025               /s/ *Sabita J. Soneji*
                                      **TYCKO & ZAVAREEI LLP**

6                                        Sabita Soneji

7                                        *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28