**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

DAVID A. MCGEE (*pro hac vice*)
dmcgee@tzlegal.com
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, individually and on behalf of his business, KELLER HOLDINGS LLC (DBA SecureSight), and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>*Defendants*. | No. 3:25-cv-01892-AMO<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

1   On May 5, 2025, defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") moved to dismiss this action. ECF 20.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), plaintiff Ryan Keller intends to file a first amended complaint ("FAC") as a matter of right on or before May 27, 2025 to address the alleged deficiencies that Defendants identify in their motion. Once filed, the FAC will moot the pending motions. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (reversing dismissal because an "amended complaint supersedes the original, the latter being treated thereafter as non-existent"); *Defs. of Wildlife v. United States Fish & Wildlife Serv.*, No. 21-cv-00344-JSW, 2021 U.S. Dist. LEXIS 194345, at *6 (N.D. Cal. June 23, 2021) ("Because an amended complaint supersedes the original, after an amended complaint is filed, a motion to dismiss targeting the original complaint becomes moot."); *Barajas v. Ashford TRS Walnut Creek LLC*, No. 20-cv-01676-CRB, 2021 U.S. Dist. LEXIS 68708 (N.D. Cal. Apr. 8, 2021) (same).

Accordingly, once Keller files his amended complaint, he requests that the Court deny the pending motion to dismiss as moot.

Dated: May 19, 2024                    */s/ Amber L. Schubert*

**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

DAVID A. MCGEE (*pro hac vice* to be sought)

dmcgee@tzlegal.com
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900