**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

**TYCKO & ZAVAREEI LLP**
DAVID A. MCGEE (*pro hac vice*)
dmcgee@tzlegal.com
2000 Pennsylvania Avenue NW,
Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>*Defendants*. | No. 3:25-cv-01892-AMO<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Hon. Araceli Martínez-Olguín |

Plaintiffs Ryan Keller and Sharon Schanzer and Defendants Automattic, Inc. and Matthew Mullenweg (collectively the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Keller filed his Complaint on February 21, 2025 in the Northern District of California.

WHEREAS, Defendants waived service on March 6, 2025.

WHEREAS, Defendants filed a motion to dismiss Plaintiff Keller's class action complaint on May 5, 2025.

WHEREAS, Plaintiffs filed a First Amended Complaint as of right on May 23, 2025, as noted in Plaintiff Keller's response to Defendants' motion to dismiss filed May 19, 2025. (Dkt. 28).

WHEREAS, Plaintiffs' filing of the First Amended Complaint moots Defendants' pending motion to dismiss Plaintiff Keller's complaint.

WHEREAS, Defendants are evaluating whether to file a motion to dismiss Plaintiffs' First Amended Complaint.

WHEREAS, under the Federal Rules of Civil Procedure Rule 15(a)(3), Defendants' responsive pleading, including a motion to dismiss the First Amended Complaint, will be due 14 days after service of Plaintiffs' amended complaint.

WHEREAS, under the Federal Rules of Civil Procedure and the Local Rules, if Defendants file a motion to dismiss, Plaintiffs will have 14 days to file an opposition after Defendants file their motion to dismiss, and Defendants will have 10 days to file a reply after Plaintiffs file their opposition.

WHEREAS, the Parties agree that extending the time allotted under the Federal Rules of Civil Procedure and the Local Rules would be beneficial to both Parties to focus any issues presented to the Court and in light of the Memorial Day and July 4th holidays, and the extended briefing schedule would not prejudice either party or any case deadlines in this action. A declaration by Amber L. Schubert in support of the Parties' stipulation has been filed contemporaneously with the stipulation in compliance with the requirements of Local Rule 6-2.

2
STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. 3:25-CV-01892-AMO

NOW THEREFORE, based on the foregoing, the Parties stipulate to the following briefing schedule for Defendants' motion to dismiss Plaintiffs' First Amended Complaint (if any), Plaintiffs' opposition to Defendants' motion to dismiss, and Defendants' reply to Plaintiffs' opposition:

1. Defendants' response to Plaintiffs' First Amended Complaint, including any motion to dismiss, will be due Friday, June 20, 2025;
2. Plaintiffs' opposition to Defendants' motion to dismiss will be due Friday, July 11, 2025.
3. Defendants' reply to Plaintiffs' opposition to Defendants' motion to dismiss will be due Friday, July 25, 2025.

Dated: May 28, 2025

Respectfully Submitted,

By: */s/ Amber L. Schubert*

ROBERT C. SCHUBERT (SBN 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (SBN 278696)
aschubert@sjk.law
DANIEL L.M. PULGRAM (SBN 354569)
dpulgram@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (SBN 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

DAVID A. MCGEE (*pro hac vice*)
dmcgee@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

*Counsel for Plaintiffs*

Dated: May 28, 2025                              Respectfully submitted,

                                                 By: /s/ Kahn A. Scolnick

| | |
|---|---|
| ROSEMARIE T. RING, SBN 220769<br>rring@gibsondunn.com<br>JOSEPH R. ROSE, SBN 27902<br>jrose@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>jkrevitt@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| KAHN A. SCOLNICK, SBN 228686<br>kscolnick@gibsondunn.com<br>LEONORA COHEN, SBN 319463<br>lcohen@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>osnyder@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I, Amber L. Schubert, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

DATED: May 28, 2025                              By:    /s/ Amber L. Schubert