1

ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law

2

AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law

3

DANIEL L.M. PULGRAM (S.B.N. 354569)
dpulgram@sjk.law

4

**SCHUBERT JONCKHEER & KOLBE LLP**

5

2001 Union Street, Suite 200
San Francisco, California 94123

6

Telephone: (415) 788-4220

7

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com

8

**TYCKO & ZAVAREEI LLP**

9

1970 Broadway, Suite 1070
Oakland, California 94612

10

Telephone: (510) 254-6808

11

DAVID A. MCGEE (*pro hac vice*)
dmcgee@tzlegal.com

12

**TYCKO & ZAVAREEI LLP**

13

2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006

14

Telephone: (202) 973-0900

15

*Counsel for Plaintiffs*

16

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

20

RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

21

22

        *Plaintiffs,*

23

v.

24

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

25

26

        *Defendants.*

27

28

No. 3:25-cv-01892-AMO

**DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF PARTIES' STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

I, Amber L. Schubert, declare as follows:

1.      I am counsel to Plaintiffs Ryan Keller and Sharon Schanzer along with co-counsel Sabita J. Soneji of Tycko & Zavareei LLP.

2.      On May 28, 2025, the Parties in the above captioned matter submitted a stipulation to the Court proposing a briefing schedule for Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, which was filed on May 23, 2025.

3.      The Parties are requesting to enlarge the time permitted for Defendants to file their Motion to Dismiss Plaintiff's First Amended Complaint, the Plaintiffs' Opposition to Defendants' Motion to Dismiss, and Defendants' Reply to Plaintiffs' Opposition (if any).

4.      The Parties agree that extending the time allotted under the Federal Rules of Civil Procedure and the Local Rules would be beneficial to both Parties to focus any issues presented to the Court and in light of the Memorial Day and July 4th holidays, and the extended briefing schedule would not prejudice either party or any case deadlines in this action.

5.      The Parties have not sought any previous time modifications in this case, whether by stipulation or Court order.

6.      The Parties do not believe that this requested time modification would prejudice any scheduling in this case as a Case Management Order has not been entered in this case, and the Parties agree neither would be prejudiced by the enlargement of time.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 28th day of May 2025 in the United States of America.

*/s/ Amber L. Schubert*

DECLARATION OF AMBER L. SCHUBERT IN SUPPORT PARTIES STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
CASE NO. 3:25-CV-01892-AMO