UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    *Defendants.* | No. 3:25-cv-01892-AMO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

    PURSUANT TO STIPULATION, IT IS SO ORDERED, that: Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint is due Friday, June 20, 2025, Plaintiffs' Opposition to Defendants' Motion to Dismiss the First Amended Complaint is due Friday, July 11, 2025, and Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is due Friday, July 25, 2025.

Dated:

                                                Araceli Martínez-Olguín
                                                United States District Judge