IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually, and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>Defendants. | Case No. 3:25-CV-01892-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   August 7, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 10<br><br>Hon. Araceli Martínez-Olguín |

Gibson, Dunn & Crutcher LLP

Before the Court is Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. Having reviewed and considered all papers and arguments submitted in support of and opposition to the Motion, the Court orders as follows:

The Court **GRANTS** Defendants' Motion. Plaintiffs' claims against Defendants for intentional interference of contractual relations (Claim 1), intentional interference with prospective economic relations (Claim 2), and violation of the Unfair Competition Law (Claim 3) are dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Date:_____

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge
Northern District of California

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED
CLASS ACTION COMPLAINT
CASE NO. 3:25-CV-01892-AMO

Gibson, Dunn & Crutcher LLP