1  ROSEMARIE T. RING, SBN 220769
   rring@gibsondunn.com
2  JOSEPH R. ROSE, SBN 27902
   jrose@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center
4  San Francisco, CA 94111-3715
   Telephone: 415.393.8200
5  Facsimile: 415.801.7358

6  KAHN A. SCOLNICK, SBN 228686
   kscolnick@gibsondunn.com
7  LEONORA COHEN, SBN 319463
   lcohen@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
9  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
10 Facsimile: 213.229.6652

   JOSH A. KREVITT, SBN 208552
   jkrevitt@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   310 University Avenue
   Palo Alto, CA 94301-1744
   Telephone: 650.849.5300
   Facsimile: 650.849.5333

   ORIN SNYDER *(admitted pro hac vice)*
   osnyder@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
   New York, NY 10166-0193
   Telephone: 212.351.2400
   Facsimile: 212.351.6335

11 *Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*
12 *(Additional Counsel on Next Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    Defendants. | Case No. 3:25-CV-01892-AMO<br><br>**JOINT STIPULATION RE PROPOSED CASE SCHEDULE**<br><br>Hon. Araceli Martínez-Olguín |

1  SCHUBERT JONCKHEER & KOLBE LLP
2  ROBERT C. SCHUBERT (S.B.N. 62684)
   rschubert@sjk.law
3  AMBER L. SCHUBERT (S.B.N. 278696)
   aschubert@sjk.law
4  DANIEL L.M. PULGRAM (S.B.N. 354569)
   dpulgram@sjk.law
5  2001 Union Street, Suite 200
   San Francisco, California 94123
6  Telephone: (415) 788-4220

7
   TYCKO & ZAVAREEI LLP
8  SABITA J. SONEJI (S.B.N. 224262)
   ssoneji@tzlegal.com
9  1970 Broadway, Suite 1070
   Oakland, California 94612
10 Telephone: (510) 254-6808

11
   DAVID A. MCGEE (pro hac vice)
12 dmcgee@tzlegal.com
   2000 Pennsylvania Avenue NW, Suite 1010
13 Washington, DC 20006
   Telephone: (202) 973-0900
14

15
   *Attorneys for Plaintiffs*
16

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION RE PROPOSED CASE SCHEDULE
CASE NO. 3:25-CV-01892-AMO
1

This Stipulation is entered into between Plaintiffs Ryan Keller and Sharon Schanzer, on the one hand, and Defendants Automattic Inc. and Matthew Charles Mullenweg, on the other, by and through their respective counsel.

WHEREAS on May 29, 2025, the Court held a case management conference, during which the Court ordered the parties to meet and confer and submit a proposed case schedule;

WHEREAS, the parties have worked diligently over the last month to negotiate a mutually agreeable schedule in an effort to avoid presenting the Court with competing schedules;

WHEREAS on June 26, 2025, the Court ordered the parties to file their proposed schedule no later than July 7, 2025 (Dkt. 37);

WHEREAS, the parties now propose the following case schedule for this Action:

| Deadline | Proposed Dates |
| --- | --- |
| Deadline to Submit Protective Order & ESI Protocol (if necessary) | July 14, 2025 |
| Deadline to Select Mediator & Reserve Mediation Date | July 28, 2025 |
| Deadline to Amend Pleadings | October 31, 2025 |
| Deadline to Disclose Identity (Name + Brief Description) of Affirmative Experts for Class Certification | November 24, 2025 |
| Deadline to Disclose Identity (Name + Brief Description) of Rebuttal Experts for Class Certification | December 22, 2025 |
| Deadline for Affirmative Expert Reports for Class Certification | January 16, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | January 23, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | February 20, 2026 |
| Deadline for Surrebuttal Expert Reports, If Such Reports Are Permitted by Stipulation or With Leave of Court | March 13, 2026 |
| Close of Expert Discovery for Class Certification | March 20, 2026 |
| Deadline for Motion for Class Certification | March 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | April 17, 2026 |

| Deadline | Proposed Dates |
|---|---|
| Deadline for Reply in support of Motion for Class Certification | May 1, 2026 |
| Hearing on Class Certification | May 14, 2026 |

DATED: July 2, 2025    Respectfully submitted,

By: */s/ Kahn A. Scolnick*
    Kahn A. Scolnick
    GIBSON, DUNN & CRUTCHER LLP

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*

DATED: July 2, 2025    */s/ Sabita Soneji*

Sabita J. Soneji
TYCKO & ZAVAREEI LLP

*Attorney for Plaintiffs*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

I, Kahn A. Scolnick, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

DATED:  July 2, 2025    By:    */s/ Kahn A. Scolnick*