1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    *Defendants*. | No. 3:25-cv-01892-AMO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE PROPOSED CASE SCHEDULE** |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the following schedule shall govern this action:

| Deadline | Proposed Dates |
|---|---|
| Deadline to Submit Protective Order & ESI Protocol (if necessary) | July 14, 2025 |
| Deadline to Select Mediator & Reserve Mediation Date | July 28, 2025 |
| Deadline to Amend Pleadings | October 31, 2025 |
| Deadline to Disclose Identity (Name + Brief Description) of Affirmative Experts for Class Certification | November 24, 2025 |
| Deadline to Disclose Identity (Name + Brief | December 22, 2025 |

| Deadline | Proposed Dates |
|---|---|
| Description) of Rebuttal Experts for Class Certification | |
| Deadline for Affirmative Expert Reports for Class Certification | January 16, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | January 23, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | February 20, 2026 |
| Deadline for Surrebuttal Expert Reports, If Such Reports Are Permitted by Stipulation or With Leave of Court | March 13, 2026 |
| Close of Expert Discovery for Class Certification | March 20, 2026 |
| Deadline for Motion for Class Certification | March 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | April 17, 2026 |
| Deadline for Reply in support of Motion for Class Certification | May 1, 2026 |
| Hearing on Class Certification | May 14, 2026 |

Dated:

_____
Araceli Martínez-Olguín
United States District Judge