UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>*Defendants*. | No. 3:25-cv-01892-AMO<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATION RE PROPOSED CASE SCHEDULE<br><br>*As Modified by the Court* |

~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the following schedule shall govern this action:

| Deadline | Proposed Dates |
|---|---|
| Deadline to Submit Protective Order & ESI Protocol (if necessary) | July 14, 2025 |
| Deadline to Select Mediator & Reserve Mediation Date | July 28, 2025 |
| Deadline to Amend Pleadings | October 31, 2025 |
| Deadline to Disclose Identity (Name + Brief Description) of Affirmative Experts for Class Certification | November 24, 2025 |
| Deadline to Disclose Identity (Name + Brief | December 22, 2025 |

| Deadline | Proposed Dates |
|---|---|
| Description) of Rebuttal Experts for Class Certification | |
| Deadline for Affirmative Expert Reports for Class Certification | January 16, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | January 23, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | February 20, 2026 |
| ~~Deadline for Surrebuttal Expert Reports, If Such Reports Are Permitted by Stipulation or With Leave of Court~~ | ~~March 13, 2026~~ |
| Close of Expert Discovery for Class Certification | March 20, 2026 |
| Deadline for Motion for Class Certification | March 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | April 17, 2026 |
| Deadline for Reply in support of Motion for Class Certification | May 1, 2026 |
| Hearing on Class Certification | ~~May 14, 2026~~ **To be noticed by the filing party based on the Court's availability at the time of filing.** |

**Each side is limited to three Daubert motions throughout the entire case. Daubert opening briefs shall not exceed five pages. Daubert repsonse briefs shall not exceed five pages. Daubert reply briefs shall not exceed three pages. Defendants shall file any Daubert motions re class certification by no later than April 17, 2026. Plaintiffs shall file any Daubert motions re class certification by no later than May 1, 2026. Any responses or replies to those motions shall be filed in accordance with the default briefing schedule set by Civil Local Rule 7-3, unless the Court approves a different briefing schedule by stipulation or administrative motion.**

IT IS SO ORDERED.

Dated:  July 9, 2025

Araceli Martínez-Olguín
United States District Judge