| | |
|---|---|
| **SCHUBERT JONCKHEER & KOLBE LLP** | DAVID A. MCGEE (*pro hac vice*) |
| ROBERT C. SCHUBERT (S.B.N. 62684) | dmcgee@tzlegal.com |
| rschubert@sjk.law | 2000 Pennsylvania Avenue NW, Suite 1010 |
| AMBER L. SCHUBERT (S.B.N. 278696) | Washington, DC 20006 |
| aschubert@sjk.law | Telephone: (202) 973-0900 |
| DANIEL L.M. PULGRAM (S.B.N. 354569) | |
| dpulgram@sjk.law | |
| 2001 Union Street, Suite 200 | |
| San Francisco, California 94123 | |
| Telephone: (415) 788-4220 | |

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Attorneys for Plaintiffs*

[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual, <br><br> *Defendants*. | No. 3:25-cv-01892-AMO <br><br> **JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION** <br><br> Hon. Araceli Martínez-Olguín |

1    Pursuant to the Order Granting Stipulation Re Proposed Case Schedule (ECF 39), the
2 Parties notify the Court that they have selected the Hon. Diane M. Welsh (Ret.) as a private
3 mediator in this action. Mediation is scheduled to take place via remote videoconference on
4 January 28, 2026.

5

6 DATED: July 29, 2025                     /s/ Amber L. Schubert

7                                           **TYCKO & ZAVAREEI LLP**
                                            SABITA J. SONEJI (S.B.N. 224262)
8                                           ssoneji@tzlegal.com
                                            1970 Broadway, Suite 1070
9                                           Oakland, California 94612
10                                          Telephone: (510) 254-6808

11                                          DAVID A. MCGEE (*pro hac vice*)
                                            dmcgee@tzlegal.com
12                                          2000 Pennsylvania Avenue NW, Suite
                                            1010
13                                          Washington, DC 20006
14                                          Telephone: (202) 973-0900

15                                          **SCHUBERT JONCKHEER & KOLBE LLP**
16                                          ROBERT C. SCHUBERT (S.B.N. 62684)
                                            rschubert@sjk.law
17                                          AMBER L. SCHUBERT (S.B.N. 278696)
                                            aschubert@sjk.law
18                                          DANIEL L.M. PULGRAM (S.B.N.
19                                          354569)
                                            dpulgram@sjk.law
20                                          2001 Union Street, Suite 200
                                            San Francisco, California 94123
21                                          Telephone: (415) 788-4220
22
                                            *Attorneys for Plaintiff*
23

24

25 DATED: July 29, 2025                     /s/ Kahn A. Scolnick
                                            KAHN A. SCOLNICK, SBN 228686
26                                           kscolnick@gibsondunn.com
                                            GIBSON, DUNN & CRUTCHER LLP
27                                          333 South Grand Avenue
28                                          Los Angeles, CA 90071-3197

1
2
Telephone: 213.229.7000
Facsimile: 213.229.6652

3
*Attorneys for Defendants*

4
5
**ATTESTATION**

6 In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of
7 this document has been obtained from the other signatories.

8
9 DATED: July 29, 2025                     /s/ *Amber L. Schubert*