ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
JOSEPH R. ROSE, SBN 27902
  jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

KAHN A. SCOLNICK, SBN 228686
  kscolnick@gibsondunn.com
LEONORA COHEN, SBN 319463
  lcohen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone:   650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER (admitted pro hac vice)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:   212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendant
Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>　　　　　Defendants. | CASE NO. 3:25-CV-01892-AMO<br><br>**NOTICE OF ERRATA RE DKT. NO. 45** |

**TO THE COURT AND ALL PARTIES:**

Defendants Automattic Inc. and Matthew Charles Mullenweg ("Defendants") respectfully submit this Notice of Errata to correct a typographical error in Defendants' Reply Brief in Support of Motion to Dismiss filed on July 25, 2025, at Docket Number 45. The sentence on page 9, line 2 presently reads:

- Plaintiffs also fail to adequately allege they received the "benefit of the bargain," for the same reason they have not adequately alleged any disruption of any contract.

The sentence should state (typographical error corrected in bold):

- Plaintiffs also fail to adequately allege they **didn't** receive the "benefit of the bargain," for the same reason they have not adequately alleged any disruption of any contract.

This correction clarifies Defendants' intended meaning and does not alter any substantive argument presented in the brief.

DATED: July 29, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s / Kahn Scolnick*
Kahn A. Scolnick

*Attorney for Defendants Automattic Inc. and Matthew Charles Mullenweg*