**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual, <br><br> *Defendants*. | No. 3:25-cv-01892-AMO <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES <br><br> Judge: Hon. Araceli Martinez-Olguín <br><br> *As Modified by the Court* |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule adopted by the Court be modified as follows:

| Deadline | Proposed Date |
|---|---|
| Deadline to Disclose Identity (Name + Brief Description) of Rebuttal Experts for Class Certification | December 22, 2025 |
| Deadline for Plaintiffs' Second Amended Complaint | January 15, 2026 |
| Deadline for Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | February 17, 2026 |

1

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION EXTENDING
CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO

5004673213.1

| | |
|---|---|
| Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | March 10, 2026 |
| Deadline for Defendants' Reply In Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint | March 24, 2026 |
| Deadline for Affirmative Expert Reports for Class Certification | May 18, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | May 25, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | June 22, 2026 |
| Close of Expert Discovery for Class Certification | July 20, 2026 |
| Deadline for Motion for Class Certification | July 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | August 17, 2026 |
| Deadline for Defendants to file Daubert Motions * | August 17, 2026 |
| Deadline for Reply in support of Motion for Class Certification | September 1, 2026 |
| Deadline for Plaintiffs to file Daubert Motions | September 1, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | September 1, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | September 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | September 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | September 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

*Each side is limited to three Daubert motions for the entire case absent leave of Court. Daubert opening and responsive briefs shall not exceed 5 pages. Daubert replies shall not exceed 3 pages.

**IT IS SO ORDERED.**

Dated: December 23, 2025

Araceli Martínez-Olguín
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING
CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO

5004673213.1