# EXHIBIT 2

# EXHIBIT 2(a)

> I have 14 slides so far, working title for the talk: "How Private Equity can Hollow out and Destroy Open Source Communities, a Story in 4 Parts."
>
> I've got quotes from current and former employees, some may even stand up and speak as well.

> Just called. Should I run these slides or not?
>
> Is next week a negotiation on the % or it happening at all? I am not going to be able to walk it back
>
> I know that this is the nuclear option, it sets us down a specific path

> If you're saying "next week" that's saying "no", so I will proceed with the scorched earth nuclear approach to WPE
>
> Thank you for the clarity, it gives me time to work on things and hone my message.

> If I'm going to make the case to the WP community about why we're banning WPE I need to do it in my talk tomorrow. Your delaying is just trying to remove that.



> I'm literally waiting for them to finish the raffle so my talk can start, I can make it just a Q&A about WP very easily

# EXHIBIT 2(b)



# EXHIBIT 2(c)



# EXHIBIT 2(d)



# EXHIBIT 2(e)

# Switch to Hosting That Puts Your Business First

Move from WP Engine to Pressable and we'll cover the costs. Join a hosting platform that lives and breathes WordPress values. You'll get white-glove migrations, 100% uptime, and 24/7 support—on us!

Plus, we'll make a 5% donation to the WordPress Foundation.





## Why Pressable?

We're so glad you asked. We know it's tough to switch hosts and we'll be with you every step of the way.



### Customers First

Our first priority is our customers. Our business can only thrive if your website—and business—is thriving. We're proud to have a 98.2% customer satisfaction rating.

### We Have ❤

We believe that as a managed WordPress host, it's important to be a contributing member of the WordPress community. We contribute to WordPress and donate to the WordPress Foundation.

## What's In It For Me?

### Annual Plan Holders

Annual customers will get credited for the remaining time on their WP Engine contract, so you won't have to pay twice.

No matter If you have $800 or $8000 left of your contract, we'll credit your Pressable account and give you an **extra month free**.

### Monthly Plan Holders

We want you to have a smooth transition and know you may have already paid for this month's hosting. You'll get one free month of hosting at Pressable. Upgrade to an annual plan with us and we'll give you **4 months free**, no matter the plan.

## How Does the Contract Buyout Work?

**Step One**
Fill out the form above to

**Step Two**
Check your email and send us

**Step Three**
One of our experts will help

**Step Four**
Migrate your site(s) to

ocument title: Switch to Pressable from WP Engine
apture URL: https://pressable.com/wpe-contract-buyout/
7

### Step One
Fill out the form above to submit your application.

### Step Two
Check your email and send us a copy of your existing contract.

### Step Three
One of our experts will help you choose the best plan for your hosting needs and credit your account with your buyout amount.

### Step Four
Migrate your site(s) to Pressable with our white glove service—you don't need to lift a finger.

**Apply Today**

## Am I eligible for this offer?

This offer is currently open to individuals and businesses with live WordPress sites currently hosted at WP Engine. Each site must have existed on WP Engine for at least three months prior to moving to Pressable to be eligible for the incentive and the domain must resolve to Pressable following the migration to our servers.

## Frequently Asked Questions

Categories ⌄

**Contract Buyout**

How long will it take to complete this process? ⌄

What details do I need to provide? ⌄

How do you calculate my buyout credit? ⌄

What if I'm not currently on an annual contract? Can I still participate in this? ⌄

Are there any technical limitations I should be aware of prior to moving over? ⌄



