# EXHIBIT 3

https://wpenginetracker.com/
92 captures
6 Nov 2024 – 30 Dec 2025

# WP Engine Tracker

This is the number of websites that have left WP Engine and found a new home since Sep 21, 2024.

Find some promotions to move to other hosts. Download CSV (6mb) of all sites ready for a new home.



# 16,950

**Recently Moved**



**Top Destinations**

Pressable (Promo)
Bluehost (Promo)
SiteGround (Promo)
Digital Ocean
Kinsta
Hostinger (Promo)
GoDaddy



20 SEP, 2024

An Automattic thingamajig                                    Contribute at GitHub

# WP Engine Tracker

During a special WordCamp presentation on Sept 21st, 2024, Matt Mullenweg, co-founder of WordPress, called out WP Engine.

He brought to light how private equity backer, Silver Lake, influenced WP Engine to operate in ways that went against the spirit of open-source and posed risks for the WordPress ecosystem. He explained how WP Engine were taking more than they were giving, while misusing the WordPress trademark and attempts to remedy these issues had failed.

Instead of contributing more, WP Engine initiated a series of legal actions against Matt and Automattic.

Since then, tens of thousands of websites have migrated away from WP Engine to other hosts. As well as awareness of why protecting WordPress is important, many reasons for migrating to other hosts have surfaced, including poor support experiences, difficulty cancelling, high prices, unexpected charges, and questionable practices.

This is the number of websites that have left WP Engine and found a new home since Sep 21, 2024.

# 114.3K

(86,400 additional sites have also gone offline or become unavailable)

**Top Destinations**
- Pressable (Promo)
- Kinsta
- SiteGround (Promo)
- Digital Ocean
- Bluehost (Promo)
- Hostinger (Promo)
- GoDaddy

**Recently Moved**

tittlemanfoundation.org ↗
Digital Ocean

**Total WPE sites**



21 Sep, 2024 — Today

## Activity Log Today

| Site | Destination |
| --- | --- |
| stackwizard.com ↗<br>2hrs, 55mins ago | Bluehost |
| lilerealestate.com ↗<br>2hrs, 57mins ago | Kinsta |
| kresk4oceans.com ↗<br>3hrs, 16mins ago | OVH |
| classicroofers.com ↗<br>3hrs, 37mins ago | Kinsta |
| growwithelite.com ↗<br>3hrs, 55mins ago | Hostinger |
| aminocreates.com ↗<br>4hrs, 3mins ago | Digital Ocean |
| jnccharities.com ↗<br>4hrs, 5mins ago | Kinsta |
| innovationsineyecare.com ↗<br>4hrs, 7mins ago | OVH |

An AUTOMATTIC thingamajig                    Contribute at GitHub