**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

    *Defendants*.

No. 3:25-cv-01892-AMO

Hon. Araceli Martínez-Olguín

## ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, relating to the contents of Exhibit 1 to Plaintiff's Second Amended Complaint, pursuant to Local Rule 79-5;

**IT IS HEREBY ORDERED:**

| Document Bates No. | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of mtn. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted / Denied |
|---|---|---|---|---|---|---|---|
| Second Amended Class Action Complaint | 57 | 58-1 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000159 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

Plaintiffs' Administrative Motion to Consider Whether
Another Party's Materials Should be Sealed
Case No. 3:25-cv-01892-AMO

1

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000162 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000167 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000168 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000169 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000175 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000176 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000177 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000457 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | as confidential | |
| A8C_CA00000458 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000459 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000460 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000461 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000462 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000463 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000464 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

Schubert Jonckheer & Kolbe LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000465 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000466 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000467 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000468 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000469 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000470 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000471 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000472 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | as confidential | |
| A8C_CA00000473 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000474 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000475 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000478 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000480 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000481 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000482 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000483 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000484 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000485 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000486 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000487 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000488 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000489 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000491 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed
Case No. 3:25-cv-01892-AMO
6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | as confidential | |
| A8C_CA00000498 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000499 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000500 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000501 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000503 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000504 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000505 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000508 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000509 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000510 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000511 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000512 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000513 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000514 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000515 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

| | | | | | | | as confidential | |
|---|---|---|---|---|---|---|---|---|
| A8C_CA00000522 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000523 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000524 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000526 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000527 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000528 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000529 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000530 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000531 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000532 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000534 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000536 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000537 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000538 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000539 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | as confidential |
| A8C_CA00000540 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000543 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000544 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000546 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000547 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000548 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000549 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A8C_CA00000550 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000551 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000552 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000553 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000554 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000555 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000556 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000559 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents | |

Plaintiffs' Administrative Motion to Consider Whether
Another Party's Materials Should be Sealed
Case No. 3:25-cv-01892-AMO

12

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | as confidential |
| A8C_CA00000562 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000563 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000566 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000683 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |
| A8C_CA00000684 | 57-1 | 58-2 | 58 | Defendants | Full | Defendants marked documents as confidential | |

To the extent that the Court did not order materials to be filed under seal that Plaintiffs filed provisionally under seal in support of their Reply, Plaintiffs shall file unsealed versions of those materials onto the public docket within seven days of this order.

IT IS SO ORDERED.

---

Plaintiffs' Administrative Motion to Consider Whether
Another Party's Materials Should be Sealed
Case No. 3:25-cv-01892-AMO
13

DATED: _____          _____

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

Schubert Jonckheer & Kolbe LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220