| | |
|---|---|
| JOSEPH R. ROSE, SBN 27902<br>  jrose@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>One Embarcadero Center<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.801.7358 | JOSH A. KREVITT, SBN 208552<br>  jkrevitt@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>310 University Avenue<br>Palo Alto, CA 94301-1744<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |
| KAHN A. SCOLNICK, SBN 228686<br>  kscolnick@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.6652 | ORIN SNYDER *(admitted pro hac vice)*<br>  osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.2400<br>Facsimile: 212.351.6335 |

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br><br>               Defendants. | Case No. 3:25-CV-01892-AMO<br><br>**[PROPOSED] ORDER RESOLVING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED REGARDING SECOND AMENDED COMPLAINT [DKT. 58] AND DEFENDANTS' STATEMENT** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Regarding the Second Amended Complaint [Dkt. 58], Defendants' Statement in Connection with Plaintiffs' Administrative Motion, and the Declaration of Christie J. Wright in Support of Defendants' Statement, the Court hereby **ORDERS** as follows:

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| Highlighted Material in SAC ¶ 61 | Excerpt from A8C_CA00000683 | 57 | 58-1 | 58 | Partial | Communications with potential customer concerning business acquisition |
| Highlighted Material in SAC ¶ 63 | All Bates documents included in Exhibit 1 | 57 | 58-1 | 58 | Partial | Communications with potential customer concerning business acquisition |
| Highlighted Material in SAC ¶ 64 | Excerpt from A8C_00000566 | 57 | 58-1 | 58 | Partial | Communications with potential customer concerning business acquisition |
| Highlighted Material in SAC ¶ 65 | Excerpt from A8C_CA00000683 | 57 | 58-1 | 58 | Partial | Communications with potential customer concerning business acquisition |
| Highlighted Material in SAC ¶ 112 | All Bates documents included in Exhibit 1 | 57 | 58-1 | 58 | Partial | Communications with potential customer concerning business acquisition |
| Exhibit 1 | All Bates documents included in Exhibit 1 | 57-1 | 58-2 | 58 | Full | Communications with potential customer |

| Document Description | Bates No. | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. ISO Motion | Full or Partial Sealing Sought | Reason for Sealing |
|---|---|---|---|---|---|---|
| | | | | | | concerning business acquisition |

**IT IS SO ORDERED.**

Date: _____    _____
     Hon. Araceli Martínez-Olguín
     UNITED STATES DISTRICT JUDGE