**SCHUBERT JONCKHEER & KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Attorneys for Plaintiffs*

[additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    *Defendants*. | No. 3:25-cv-01892-AMO<br><br>**JOINT NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Hon. Araceli Martínez-Olguín |

On July 28, 2025, the parties notified the Court that they selected the Hon. Diane M. Welsh (Ret.) as a private mediator in this action. Mediation was scheduled to take place via remote videoconference on January 28, 2026. Having met and conferred, the parties hereby notify the Court that mediation has been rescheduled to take place via remote videoconference on October 1, 2026.

DATED: April 3, 2026                    /s/ Amber L. Schubert

AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
Attorneys for Plaintiff

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Attorneys for Plaintiffs*


DATED: April 3, 2026                    /s/ Kahn A. Scolnick

KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.6652

*Attorneys for Defendants*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.


DATED: April 3, 2026                    /s/ Amber L. Schubert