AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    *Defendants*. | No. 3:25-cv-01892-AMO<br><br>**JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**<br><br>Judge: Hon. Araceli Martinez-Olguín |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Ryan Keller and Sharon Schanzer ("Plaintiffs") and Defendants Automattic, Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on July 9, 2025, on the Parties' stipulation, the Court entered an order setting deadlines for briefing, expert reports, and discovery regarding Plaintiffs' Motion for Class Certification and the Parties' Daubert Motions (Dkt. 39);

**WHEREAS**, the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on December 16, 2025, and ordered Plaintiffs to file their Second Amended Complaint, if any, by January 15, 2026 (Dkt. 51);

**WHEREAS**, on December 23, 2025, on the Parties' stipulation and before Plaintiff filed their Second Amended Complaint, the Court entered an order extending the case schedule through class certification by approximately four months as follows (Dkt. 54):

| Deadline | Date |
| --- | --- |
| Deadline to Disclose Identity (Name + Brief Description) of Rebuttal Experts for Class Certification | December 22, 2025 |
| Deadline for Plaintiffs' Second Amended Complaint | January 15, 2026 |
| Deadline for Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | February 17, 2026 |
| Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | March 10, 2026 |
| Deadline for Defendants' Reply In Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint | March 24, 2026 |
| Deadline for Affirmative Expert Reports for Class Certification | May 18, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | May 25, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | June 22, 2026 |
| Close of Expert Discovery for Class Certification | July 20, 2026 |

1

| | |
|---|---|
| Deadline for Motion for Class Certification | July 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | August 17, 2026 |
| Deadline for Defendants to file Daubert Motions | August 17, 2026 |
| Deadline for Reply in support of Motion for Class Certification | September 1, 2026 |
| Deadline for Plaintiffs to file Daubert Motions | September 1, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | September 1, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | September 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | September 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | September 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

**WHEREAS**, on January 15, 2026, Plaintiffs filed their Second Amended Complaint (Dkt. 57);

**WHEREAS**, on February 17, 2026, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"), with a hearing on Defendants' Motion set for June 4, 2026 (Dkt. 60), meaning the pleadings are unlikely to be settled before the close of fact discovery on May 25, 2026;

**WHEREAS**, the Parties have been diligently pursuing discovery, meeting and conferring as necessary to resolve any disputes, and are discussing the schedule for depositions;

**WHEREAS**, given the pending Motion, the indefiniteness of Plaintiffs' claims, and the status of discovery, the Parties agree there is good cause to extend the case deadlines, including because they do not have sufficient information to finalize their Affirmative Expert Reports that would otherwise be due next month;

**WHEREAS**, the Parties have requested one extension to date but have requested no extensions since Plaintiffs filed their Second Amended Complaint or Defendants filed their Motion;

**NOW THEREFOR**E, the Parties stipulate that, subject to the Court's approval, the case schedule through Class Certification be extended by approximately three months, as follows:

| Deadline | Proposed Date |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | August 10, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | August 17, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | September 14, 2026 |
| Close of Expert Discovery for Class Certification | October 12, 2026 |
| Deadline for Motion for Class Certification | October 12, 2026 |
| Deadline for Opposition to Motion for Class Certification | November 9, 2026 |
| Deadline for Defendants to file Daubert Motions | November 9, 2026 |
| Deadline for Reply in support of Motion for Class Certification | November 24, 2026 |
| Deadline for Plaintiffs to file Daubert Motions | November 24, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | November 24, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | December 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | December 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | December 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

**IT IS SO STIPULATED.**

Dated: April 29, 2026

*/s/ Amber L. Schubert*

Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**

*Counsel for Plaintiffs*

Dated: April 29, 2026

*/s/Kahn Scolnick*

Kahn Scolnick
**GIBSON, DUNN & CRUTCHER LLP**

*Counsel for Defendants*

JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO

## <u>ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4</u>

I, Kahn Scolnick, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

Dated: April 29, 2026                     */s/Kahn Scolnick*

                                              Kahn Sconick

JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO