AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

     *Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

     *Defendants.*

No. 3:25-cv-01892-AMO

**DECLARATION OF ANDREW KASABIAN IN SUPPORT OF JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**

Judge: Hon. Araceli Martinez-Olguín

Gibson, Dunn & Crutcher LLP

DECLARATION OF ANDREW KASABIAN IN SUPPORT OF JOINT STIPULATION EXTENDING CLASS
CERTIFICATION AND DAUBERT MOTION DEADLINES
NO. 3:25-CV-01892-AMO

I, Andrew Kasabian, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am counsel for Defendants Automattic, Inc. and Matthew Charles Mullenweg (collectively, "Defendants") in the above-captioned action. I make this declaration in support of the Joint Stipulation Extending Class Certification and Daubert Motion Deadlines filed concurrently with this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Good cause exists to extend the current case schedule through Class Certification by approximately three months. The Parties require additional time to complete outstanding discovery so that the experts retained in this matter can evaluate all evidence in the case before finalizing their reports.

3.      Good cause also exists to extend the current case schedule because the pleadings in this case are unlikely to be settled before the current close of fact discovery on May 25, 2026. The pendency of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 60), which is set for a hearing on June 4, 2026, creates uncertainty regarding the scope of Plaintiffs' claims, which in turn affects the scope and direction of both fact and expert discovery.

4.      The Parties have been diligently pursuing discovery, meeting and conferring as necessary to resolve any disputes, and are actively discussing the schedule for depositions. However, given the pending Motion, the indefiniteness of Plaintiffs' claims, and the status of discovery, additional time is required to finalize the Affirmative Expert Reports for Class Certification that would otherwise be due on May 18, 2026.

5.      For these reasons, additional time is required to complete discovery such that the experts retained in this matter can evaluate all evidence in the case before submitting their reports.

6.      There has been one prior case schedule extension requested and entered in this case. On December 23, 2025, on the Parties' stipulation, the Court entered an order extending the case schedule through class certification by approximately four months.

7.      The proposed extension will not affect any currently scheduled hearing dates or trial dates. The hearing on class certification will continue to be noticed by the filing party based on the

2

Gibson, Dunn & Crutcher LLP

DECLARATION OF ANDREW KASABIAN IN SUPPORT OF JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
NO. 3:25-CV-01892-AMO

Court's availability at the time of filing. The extension also is narrowly tailored to provide the Parties sufficient time to complete discovery and prepare their expert reports without disrupting the overall progress of the litigation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on April 29, 2026, in Irvine, California.

_____
Andrew Kasabian

Gibson, Dunn & Crutcher LLP

DECLARATION OF ANDREW KASABIAN IN SUPPORT OF JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
NO. 3:25-CV-01892-AMO