AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>  *Defendants.* | No. 3:25-cv-01892-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**<br><br>Judge: Hon. Araceli Martínez-Olguín |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule adopted by the Court be modified as follows:

1

| Deadline | Proposed Date |
| --- | --- |
| Deadline for Affirmative Expert Reports for Class Certification | August 10, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | August 17, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | September 14, 2026 |
| Close of Expert Discovery for Class Certification | October 12, 2026 |
| Deadline for Motion for Class Certification | October 12, 2026 |
| Deadline for Opposition to Motion for Class Certification | November 9, 2026 |
| Deadline for Defendants to file Daubert Motions* | November 9, 2026 |
| Deadline for Reply in support of Motion for Class Certification | November 24, 2026 |
| Deadline for Plaintiffs to file Daubert Motions* | November 24, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | November 24, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | December 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | December 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | December 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

* Each side is limited to three *Daubert* motions for the entire case absent leave of Court. *Daubert* opening and responsive briefs shall not exceed 5 pages. *Daubert* relies shall not exceed three pages.


Dated: _____

_____

Araceli Martínez-Olguín
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING
CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO