AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

    *Defendants*.

No. 3:25-cv-01892-AMO

**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**

Judge: Hon. Araceli Martínez-Olguín

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule adopted by the Court be modified as follows:

1

| Deadline | Proposed Date |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | August 10, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | August 17, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | September 14, 2026 |
| Close of Expert Discovery for Class Certification | October 12, 2026 |
| Deadline for Motion for Class Certification | October 12, 2026 |
| Deadline for Opposition to Motion for Class Certification | November 9, 2026 |
| Deadline for Defendants to file Daubert Motions* | November 9, 2026 |
| Deadline for Reply in support of Motion for Class Certification | November 24, 2026 |
| Deadline for Plaintiffs to file Daubert Motions* | November 24, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | November 24, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | December 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | December 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | December 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

* Each side is limited to three *Daubert* motions for the entire case absent leave of Court. *Daubert* opening and responsive briefs shall not exceed 5 pages. *Daubert* replies shall not exceed three pages.

Dated:   4/30/2026

_____
Araceli Martínez-Olguín
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING
CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES
No. 3:25-cv-01892-AMO