**SCHUBERT JONCKHEER**
**& KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**
KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

**GIBSON, DUNN & CRUTCHER LLP**
ANDREW M. KASABIAN (S.B.N. 313210)
akasabian@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

    *Plaintiffs,*

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

    *Defendants.*

No. 4:25-cv-01892-AMO

**JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**

JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Ryan Keller and Sharon Schanzer ("Plaintiffs") and Defendants Automattic, Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS,** on July 9, 2025, on the Parties' stipulation, the Court entered an order setting deadlines for briefing, expert reports, and discovery regarding Plaintiffs' Motion for Class Certification and the Parties' Daubert Motions (Dkt. 39);

**WHEREAS,** the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on December 16, 2025, and ordered Plaintiffs to file their Second Amended Complaint, if any, by January 15, 2026 (Dkt. 51);

**WHEREAS,** on December 23, 2025, on the Parties' stipulation and before Plaintiff filed their Second Amended Complaint, the Court entered an order extending the case schedule through class certification by approximately four months (Dkt. 54);

**WHEREAS,** on January 15, 2026, Plaintiffs filed their Second Amended Complaint (Dkt. 57);

**WHEREAS**, on February 17, 2026, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"), with a hearing on Defendants' Motion set for June 4, 2026 (Dkt. 60);

**WHEREAS,** on April 30, 2026, on the Parties' stipulation, the Court entered an order extending the case schedule through class certification by approximately three months, as follows (Dkt. 67);

**WHEREAS,** on May 11, 2026, the Court *sua sponte* continued the June 4, 2026 hearing to June 18, 2026 (Dkt. 68);

**WHEREAS,** due to scheduling conflicts, including pre-planned vacations of counsel, the Parties have met and conferred and agree that good cause exists to extend the hearing on Defendants' Motion to July 9, 2026;

JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS

**WHEREAS**, this continuance will not prejudice any Party or unduly delay the proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their respective counsel of record, that:

1.     The hearing on Defendants' Motion to Dismiss, currently scheduled for June 18, 2026, shall be continued to July 9, 2026, or such other date as the Court deems appropriate.

**IT IS SO STIPULATED.**

Dated: May 28, 2026                     /s/ Amber L. Schubert

AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Dated: May 28, 2026                     /s/ Andrew M. Kasabian

ANDREW M. KASABIAN (S.B.N. 313210)
**GIBSON, DUNN & CRUTCHER LLP**

*Counsel for Defendants*

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

3

JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I, Amber L. Schubert, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

Dated: May 28, 2026                    /s/ Amber L. Schubert

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS