**SCHUBERT JONCKHEER
& KOLBE LLP**
ROBERT C. SCHUBERT (S.B.N. 62684)
rschubert@sjk.law
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

**TYCKO & ZAVAREEI LLP**
SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

    *Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

    *Defendants.*

No. 3:25-cv-01892-AMO

**DECLARATION OF AMBER L. SCHUBERT IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**

I, Amber L. Schubert, declare as follows:

1.    I am an attorney duly admitted to practice before the Court. I am counsel for plaintiffs Ryan Keller and Sharon Schanzer (collectively, "Plaintiffs") in the above-captioned action. I make this declaration in support of the Joint Stipulation to Continue Hearing on Motion to Dismiss filed concurrently with this declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    On May 15, 2026, I emailed Mr. Kasabian, requesting to continue the Motion to Dismiss hearing to accommodate pre-planned vacations of Plaintiffs' counsel. On May 20, 2026, Mr. Kasabian responded that Defendants did not oppose continuing the Motion to Dismiss hearing.

3.    Good cause exists to continue the hearing on Defendants' Motion to Dismiss for three weeks. I will be out of the country from June 7 to June 22, 2026, and will be attending a court hearing in another matter on June 25, 2026. Likewise, Ms. Soneji will be out of the country from June 20 to July 5, 2026.

4.    There have been three previous extensions in this case. On December 23, 2025, on the Parties' stipulation, the Court extended the case schedule through class certification by approximately four months (Dkt. 54). Then, on April 30, 2026, upon the Parties' stipulation, the Court entered an order extending the case schedule through class certification by approximately three months (Dkt. 67). Finally, on May 11, 2026, the Court *sua sponte* continued the June 4, 2026 hearing to June 18, 2026 (Dkt. 67).

5.    The proposed continuance will not affect any other currently scheduled hearing dates or trial dates. The extension is also narrowly tailored to provide the Parties sufficient time to prepare for the hearing while accommodating scheduling conflicts, including pre-planned vacations of counsel.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on May 28, 2026, in San Francisco, California.

Dated: May 28, 2026                    */s/ Amber L. Schubert*

DECLARATION OF AMBER L. SCHUBERT ISO JOINT STIPULATION                    2

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220

DECLARATION OF AMBER L. SCHUBERT ISO JOINT STIPULATION                                    3

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I, Amber L. Schubert, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.


Dated: May 28, 2026                    /s/ Amber L. Schubert

**SCHUBERT JONCKHEER & KOLBE LLP**
AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@sjk.law
2001 Union Street, Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220

DECLARATION OF AMBER L. SCHUBERT ISO JOINT STIPULATION