# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated, | |
| | No. 4:25-cv-01892-AMO |
| *Plaintiffs*, | **[PROPOSED] ORDER EXTENDING HEARING ON MOTION TO DISMISS** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual, | Judge: Hon. Araceli Martínez-Olguín |
| *Defendants.* | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' Motion to Dismiss, currently scheduled for June 18, 2026, shall be continued to July 9, 2026.

Dated: _____

        Hon. Araceli Martínez-Olguín
        United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS