**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>*Defendants*. | No. 4:25-cv-01892-AMO<br><br>[PROPOSED] ORDER EXTENDING HEARING ON MOTION TO DISMISS *As Modified*<br><br>Judge: Hon. Araceli Martínez-Olguín |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' Motion to Dismiss, currently scheduled for June 18, 2026, shall be continued to **July 30, 2026**.

Dated: June 3, 2026

_____
Hon. Araceli Martínez-Olguín
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING HEARING ON MOTION TO DISMISS