**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated, | No. 4:25-cv-01892-AMO |
| *Plaintiffs,* | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINES** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual, | Judge: Hon. Araceli Martínez-Olguín |
| *Defendants.* | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule adopted by the Court be modified as follows:

1

| Deadline | Proposed Date |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | October 12, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | October 19, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | November 16, 2026 |
| Close of Expert Discovery for Class Certification | December 14, 2026 |
| Deadline for Motion for Class Certification | December 14, 2026 |
| Deadline for Opposition to Motion for Class Certification | January 19, 2027 |
| Deadline for Defendants to file Daubert Motions | January 19, 2027 |
| Deadline for Reply in support of Motion for Class Certification | February 2, 2027 |
| Deadline for Plaintiffs to file Daubert Motions | February 2, 2027 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | February 2, 2027 |
| Deadline for Defendants to reply in support of their Daubert Motions | February 16, 2027 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | February 23, 2027 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | March 2, 2027 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

Each side is limited to three *Daubert* motions for the entire case absent leave of Court. *Daubert* opening and responsive briefs shall not exceed 5 pages. *Daubert* replies shall not exceed three pages.

Dated: July 24, 2026

_____

Hon. Araceli Martínz-Olguín
United States District Judge

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINES
No. 4:25-cv-01892-AMO