UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN KELLER, et al.,

Plaintiffs,

v.

AUTOMATTIC INC., et al.,

Defendants.

Case No. 25-cv-01892-AMO

**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 58

Before the Court is Plaintiffs' administrative motion to seal Paragraphs 61, 63, 64, 65, and 112 to their Second Amended Class Action Complaint and a 90-page exhibit thereto in its entirety. Dkt. No. 58.

The motion is denied because the supporting declaration of Defendant Automattic Inc.'s Chief Customer Officer, Christie J. Wright, does not put forth compelling reasons justifying sealing. Nor does Wright make any attempt to propose narrowly tailored redactions that would comply with Civil Local Rule 79-5. Instead, she asserts "the provisionally redacted material in SAC paragraphs 61, 63, 64, 65, and 112, and the content in Exhibit 1, should remain sealed ***or be redacted in a narrowly tailored manner to prevent harm***." Dkt. No. 59-1 (emphasis added). The responsibility to propose narrowly tailored redactions falls on the parties. *See* Civil L.R. 79-5(c)(3). Because the parties have failed to comply, the administrative motion to seal is denied. *See* Civil L.R. 79-5(f)(6) ("[O]verly broad requests to seal may result in the denial of the motion.").

///

///

///

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, within 14 days, Defendants may file a revised motion to seal that proposes only narrowly tailored redactions necessary to protect any information that is truly sealable. If no revised motion to seal is filed, Plaintiff shall file unredacted versions of the documents subject to its sealing motion within 21 days.

**IT IS SO ORDERED.**

Dated: July 27, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**