KAHN A. SCOLNICK, SBN 228686
 kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Attorneys for Defendants Automattic Inc. and
Matthew Charles Mullenweg*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN KELLER, and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>     *Defendants.* | No. 4:25-cv-01892-AMO<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME BY ONE DAY**<br><br>Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rules 6-1(b) and 6-3, Defendants respectfully move for a one-day enlargement of time, from August 10, 2026 to August 11, 2026, to file their revised motion to seal pursuant to the Court's July 27, 2026 order (ECF No. 74). No other date or deadline in this case would be affected.  Plaintiffs do not oppose this request.

An extension is required because the supporting declaration has not yet been executed by the proposed declarant. The declaration is complete and in final form. It was approved by Defendants earlier today and has been transmitted to the declarant for signature. Defendants seek one additional day solely to obtain the declarant's signature so that the declaration may be filed in properly executed form rather than in a deficient one.

Good cause exists for this extension. As set forth in the accompanying declaration, Defendants have been diligent: they prepared the declaration last week, received approval from Defendants, and then circulated the approved declaration to the declarant promptly upon receiving that approval. The requested relief is minimal, is sought in advance of the deadline, and will not delay any hearing, briefing schedule, or other event on the Court's calendar.

This motion is supported by declaration of Andrew Kasabian and the proposed order submitted herewith.

Dated: August 10, 2026

Respectfully Submitted,

By: _/s/ Kahn A. Scolnick_
KAHN A. SCOLNICK (SBN 228686)
kscolnick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

*Attorneys for Defendants*

ADMINISTRATIVE MOTION TO ENLARGE TIME
CASE NO. 4:25-CV-01892-AMO