KAHN A. SCOLNICK, SBN 228686
 kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>    *Defendants.* | No. 4:25-cv-01892-AMO<br><br>**DECLARATION OF ANDREW KASABIAN IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME**<br><br>Judge: Hon. Araceli Martinez-Olguín |

I, Andrew Kasabian, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am counsel for Defendants Automattic, Inc. and Matthew Charles Mullenweg (collectively, "Defendants") in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      On July 27, 2026, the Court denied Defendants' motion to seal and ordered Defendants to file a revised motion to seal, including a revised declaration, by August 10, 2026.  ECF 74.

3.      Last week, one of my colleagues transmitted a draft declaration to Defendants for approval.  Defendants approved the draft declaration on August 10, 2026, earlier today.

4.      Promptly upon receiving that approval, the approved draft declaration was transmitted to the proposed declarant, Christie J. Wright, for execution and requested signature.  (Ms. Wright was also the declarant for the prior motion to seal.)  My colleague also emailed Ms. Wright to confirm receipt.

5.      As of the time of this filing, Ms. Wright has not yet responded. I have no reason to believe that she objects to any portion of the draft declaration; the document is final, has been approved by Defendants, and awaits only her signature.

6.      Upon realizing that the executed declaration may not be forthcoming in time for filing it by today's deadline, I emailed counsel for Plaintiffs to request a stipulation to the one-day extension. Counsel for Plaintiffs consented.

7.      There have been no previous time modifications in this case relating to this amended motion to seal. The requested one-day enlargement would have no effect on any other deadline, hearing, or event in this case. No hearing date, briefing schedule, or case management deadline would be altered by the granting of this motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on August 10, 2026, in Irvine, California.

_____
                    Andrew Kasabian

Gibson, Dunn &
Crutcher LLP

2

DECLARATION OF ANDREW KASABIAN
NO. 4:25-CV-01892-AMO