**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated, | No. 4:25-cv-01892-AMO |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME** |
| v. | |
| AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual, | Judge: Hon. Araceli Martinez-Olguín |
| *Defendants*. | |

1

Having considered Defendants' Unopposed Administrative Motion to Enlarge Time and the supporting declaration, and good cause appearing, the Motion is GRANTED. Defendants shall have until August 11, 2026 to file their revised motion to seal.

IT IS SO ORDERED.

Dated: _____

                                  Araceli Martinz-Olguin
                                  United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME
No. 4:25-cv-01892-AMO