**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,<br><br>*Defendants*. | No. 4:25-cv-01892-AMO<br><br>**~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO ENLARGE TIME**<br><br>Judge: Hon. Araceli Martinez-Olguín |

Having considered Defendants' Unopposed Administrative Motion to Enlarge Time and the supporting declaration, and good cause appearing, the Motion is GRANTED. Defendants shall have until August 11, 2026 to file their revised motion to seal.

IT IS SO ORDERED.

Dated: August 11, 2026

Araceli Martínez-Olguín
United States District Judge