JOSEPH R. ROSE, SBN 27902
jrose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.801.7358

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6652

JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER *(admitted pro hac vice)*
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

*Attorneys for Defendants Automattic Inc. and Matthew Charles Mullenweg*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

Plaintiffs,

v.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

Case No. 4:25-CV-01892-AMO

**[PROPOSED] ORDER GRANTING DEFENDANTS' REVISED ADMINISTRATIVE MOTION TO SEAL**

**[PROPOSED] ORDER**

Having considered Defendants' Revised Administrative Motion to Seal and the Declaration of Christie J. Wright in Support of Defendants' Revised Administrative Motion to Seal, the Court hereby **ORDERS** as follows:

| **Document Description** | **Dkt. No. of Redacted Version** | **Dkt. No. of Unredacted Version** | **Dkt. No. of Decl. in support of sealing** | **Party with burden** | **Full or Partial Sealing Sought** | **Brief statement of reason for sealing** | **Granted/ Denied** |
|---|---|---|---|---|---|---|---|
| Second Amended Compl. | 57 | 78-2 | 78-1 | Defs. | Pg. 18, lines 18-19 | Employee name (Wright Decl. ¶ 5(c)) | |
| Second Amended Compl. | 57 | 78-2 | 78-1 | Defs. | Page 19, line 19 | Partner and consumer identity (Wright Decl. ¶ 5(b)) | |
| Exhibit 1 to Second Amended Compl. | 57-1 | 79-3 | 78-1 | Defs. | Partial all pages | Proprietary strategy, partner and consumer identities, employee names and contact information (Wright Decl. ¶¶ 4–6) | |

**IT IS SO ORDERED.**

Date:

______________________________
Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE