IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

Plaintiffs,

v.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendants.

Case No. 4:25-CV-01892-AMO

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REVISED ADMINISTRATIVE MOTION TO SEAL**

Re: Dkt. No. 78

# ORDER

Having considered Defendants' Revised Administrative Motion to Seal and the Declaration of Christie J. Wright in Support of Defendants' Revised Administrative Motion to Seal, the Court hereby **ORDERS** as follows:

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. iso sealing | Party with burd en | Full or Partial Sealing Sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| Second Amended Compl. | 57 | 78-2 | 78-1 | Defs | Pg. 18, lines 18-19 | Employee name (Wright Decl. ¶ 5(c)) | **GRANTED** |
| Second Amended Compl. | 57 | 78-2 | 78-1 | Defs | Page 19, line 19 | Partner and consumer identity (Wright Decl. ¶ 5(b)) | **GRANTED** |
| Exhibit 1 to Second Amended Compl. | 57-1 | 79-3 | 78-1 | Defs | Partial all pages | Proprietary strategy, partner and consumer identities, employee names and contact information (Wright Decl. ¶¶ 4–6) | **GRANTED** as to partner and customer identities and employee names and contact information. **DENIED** as to the claimed proprietary business strategy, which is at the heart of not one, but two, separate lawsuits. Further, this sealing request remains overbroad, despite July 27, 2026 Order instructing Plaintiffs to narrowly tailor this request. See |

| Document Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. iso sealing | Party with burd en | Full or Partial Sealing Sought | Brief statement of reason for sealing | Granted/Denied |
|---|---|---|---|---|---|---|---|
| | | | | | | | Dkt. No. 74. Sealing is therefore denied other than as to the limited categories of information noted above. *See Bartz v. Anthropic*, 2026 WL 112098, at *4 (N.D. Cal. Jan. 15, 2026) (denying sealing of "a basic writeup with exceptionally overbroad redactions that strike at subject matter core to the litigation."). |

Plaintiffs shall file revised redacted versions of the Second Amended Complaint and Exhibit 1 within 14 days.

**IT IS SO ORDERED.**

Date: October 8, 2026

**Hon. Araceli Martínez-Olguín**
**UNITED STATES DISTRICT JUDGE**