AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@awkolawllp.com
Of Counsel
**AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC**
2193 Fillmore Street
San Francisco, California 94115
Telephone: (415) 251-6799

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Ryan Keller and Sharon Schanzer, Individually and on behalf of their businesses, KELLER HOLDINGS LLC and RLDGROUP*

KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

ANDREW M. KASABIAN (S.B.N. 313210)
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

*Defendants.*

No. 4:25-cv-01892-AMO

**JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**

Judge: Hon. Araceli Martínez-Olguín

Pursuant to Civil Local Rules 6–1(b), 6–2, and 7–12, Plaintiffs Ryan Keller and Sharon Schanzer ("Plaintiffs") and Defendants Automattic, Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree to the following:

**WHEREAS**, on July 9, 2025, on the Parties' stipulation, the Court entered an order setting deadlines for briefing, expert reports, and discovery regarding Plaintiffs' Motion for Class Certification and the Parties' contemplated *Daubert* Motions (Dkt. 39);

**WHEREAS**, the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on December 16, 2025, and ordered Plaintiffs to file any Second Amended Complaint by January 15, 2026 (Dkt. 51);

**WHEREAS**, on December 23, 2025, on the Parties' stipulation and before Plaintiffs filed their Second Amended Complaint, the Court entered an order extending the case schedule through class certification by approximately four months as follows (Dkt. 54):

| **Deadline** | **Date** |
|---|---|
| Deadline to Disclose Identity (Name + Brief Description) of Rebuttal Experts for Class Certification | December 22, 2025 |
| Deadline for Plaintiffs' Second Amended Complaint | January 15, 2026 |
| Deadline for Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | February 17, 2026 |
| Deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint | March 10, 2026 |
| Deadline for Defendants' Reply In Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint | March 24, 2026 |
| Deadline for Affirmative Expert Reports for Class Certification | May 18, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | May 25, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | June 22, 2026 |
| Close of Expert Discovery for Class Certification | July 20, 2026 |
| Deadline for Motion for Class Certification | July 20, 2026 |
| Deadline for Opposition to Motion for Class Certification | August 17, 2026 |

| | |
|---|---|
| Deadline for Defendants to file Daubert Motions | August 17, 2026 |
| Deadline for Reply in support of Motion for Class Certification | September 1, 2026 |
| Deadline for Plaintiffs to file Daubert Motions | September 1, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | September 1, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | September 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | September 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | September 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

**WHEREAS**, on January 15, 2026, Plaintiffs filed their Second Amended Complaint (Dkt. 57);

**WHEREAS**, on February 17, 2026, Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint, and a hearing on Defendants' Motion was set for June 4, 2026 (Dkt. 60);

**WHEREAS**, on April 30, 2026, on the Parties' stipulation, the Court entered an order extending the case schedule through class certification by approximately three months as follows (Dkt. 67):

| **Deadline** | **Date** |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | August 10, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | August 17, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | September 14, 2026 |
| Close of Expert Discovery for Class Certification | October 12, 2026 |
| Deadline for Motion for Class Certification | October 12, 2026 |

| | |
|---|---|
| Deadline for Opposition to Motion for Class Certification | November 9, 2026 |
| Deadline for Defendants to file Daubert Motions | November 9, 2026 |
| Deadline for Reply in support of Motion for Class Certification | November 24, 2026 |
| Deadline for Plaintiffs to file Daubert Motions | November 24, 2026 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | November 24, 2026 |
| Deadline for Defendants to reply in support of their Daubert Motions | December 8, 2026 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | December 15, 2026 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | December 22, 2026 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

**WHEREAS,** on May 11, 2026, the Court *sua sponte* continued the hearing on the Motion to Dismiss to June 18, 2026 (Dkt. 68);

**WHEREAS,** on June 3, 2026, on the Parties' stipulation, the Court entered an order continuing the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint to July 30, 2026 (Dkt. 71);

**WHEREAS,** meanwhile, the Parties have been diligently pursuing discovery, meeting and conferring as necessary to resolve any discovery disputes, and have been discussing an agreeable schedule for depositions;

**WHEREAS,** on July 24, 2026, on the Parties' stipulation, the Court entered an order extending the case deadlines through class certification by approximately two months as follows (Dkt. 73):

| **Deadline** | **Proposed Date** |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | October 12, 2026 |

| | |
|---|---|
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | October 19, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | November 14, 2026 |
| Close of Expert Discovery for Class Certification | December 14, 2026 |
| Deadline for Motion for Class Certification | December 14, 2026 |
| Deadline for Opposition to Motion for Class Certification | January 19, 2027 |
| Deadline for Defendants to file Daubert Motions | January 19, 2027 |
| Deadline for Reply in support of Motion for Class Certification | February 2, 2027 |
| Deadline for Plaintiffs to file Daubert Motions | February 2, 2027 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | February 2, 2027 |
| Deadline for Defendants to reply in support of their Daubert Motions | February 16, 2027 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | February 23, 2027 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | March 2, 2027 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

**WHEREAS,** on July 27, 2026, the Court granted in part and denied in part Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 75);

**WHEREAS,** the Parties have engaged in substantial document discovery, agree that additional time is necessary to complete fact depositions, and also agree that fact depositions should largely be completed before the Parties serve their respective expert reports in connection with class certification;

**WHEREAS,** the Parties further agree that, since new counsel will be substituting into this case for Defendants imminently, there is good cause for a short extension to allow new counsel sufficient time to familiarize themselves with the case and the record and evaluate whether a further extension may be necessary;

**NOW THEREFOR**E, the Parties stipulate that, subject to the Court's approval, the case schedule through Class Certification be extended by approximately one month, as follows:

| Deadline | Proposed Date |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | November 12, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | November 18, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | December 14, 2026 |
| Close of Expert Discovery for Class Certification | January 13, 2027 |
| Deadline for Motion for Class Certification | January 13, 2027 |
| Deadline for Opposition to Motion for Class Certification | February 18, 2027 |
| Deadline for Defendants to file Daubert Motions | February 18, 2027 |
| Deadline for Reply in support of Motion for Class Certification | March 4, 2027 |
| Deadline for Plaintiffs to file Daubert Motions | March 4, 2027 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | March 4, 2027 |
| Deadline for Defendants to reply in support of their Daubert Motions | March 18, 2027 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | March 25, 2027 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | April 1, 2027 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

Each side is limited to three *Daubert* motions for the entire case absent leave of Court. *Daubert* opening and responsive briefs shall not exceed 5 pages. *Daubert* replies shall not exceed three pages.

**IT IS SO STIPULATED.**

Dated: October 9, 2026

*/s/ Amber L. Schubert*

AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@awkolawllp.com
Of Counsel
**AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC**
2193 Fillmore Street
San Francisco, California 94115
Telephone: (415) 251-6799

*Counsel for Plaintiffs Ryan Keller and Sharon Schanzer, individually and on behalf of their businesses KELLER HOLDINGS LLC and RLDGROUP*

Dated: October 9, 2026

*/s/Kahn Scolnick*

KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Kahn Scolnick, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

Dated: October 9, 2026

*/s/Kahn Scolnick*
Kahn Scolnick