AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@awkolawllp.com
Of Counsel
**AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC**
2193 Fillmore Street
San Francisco, California 94115
Telephone: (415) 251-6799

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Ryan Keller and Sharon Schanzer, Individually and on behalf of their businesses, KELLER HOLDINGS LLC and RLDGROUP*

KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

ANDREW M. KASABIAN (S.B.N. 313210)
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800

*Counsel for Automattic, Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

*Defendants.*

No. 4:25-cv-01892-AMO

**DECLARATION OF KAHN SCOLNICK IN SUPPORT OF JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**

Judge: Hon. Araceli Martínez-Olguín

I, Kahn Scolnick, declare as follows:

1. I am a member in good standing of the California Bar and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn, & Crutcher LLP, counsel of record for Automattic Inc. and Matthew Charles Mullenweg ("Defendants") in this action. I submit this declaration in compliance with Civil Local Rule 6–2(a) in support of the Joint Stipulation Extending Class Certification and *Daubert* Motion Deadlines (the "Stipulation") entered into by Plaintiffs Ryan Keller and Sharon Schanzer ("Plaintiffs") and Defendants (together, the "Parties"). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. The Parties request that each remaining deadline through class certification be extended by approximately 30 days, for the following reasons:

3. *First*, the Parties have engaged in substantial document discovery, but fact depositions remain to be completed. The Parties agree that additional time is necessary to complete fact depositions, and that fact depositions should mostly be completed before the Parties serve their respective expert reports in connection with class certification.

4. *Second*, new counsel will be substituting into this case for Defendants imminently. The Parties agree that a short extension will allow Defendants' new counsel sufficient time to familiarize themselves with the case and the record, and to evaluate whether a further extension may be necessary.

5. The previous time modifications in this case are as follows:

a. On July 9, 2025, on the Parties' stipulation, the Court entered an order setting deadlines for briefing, expert reports, and discovery regarding Plaintiffs' Motion for Class Certification and the Parties' contemplated Daubert motions (Dkt. 39).

b. On December 23, 2025, on the Parties' stipulation, the Court extended the case schedule through class certification by approximately four months and

set a briefing schedule for Plaintiffs' Second Amended Complaint and any motion to dismiss it (Dkt. 54).

c. On April 30, 2026, on the Parties' stipulation, the Court extended the case schedule through class certification by approximately three months (Dkt. 67).

d. On May 11, 2026, the Court *sua sponte* continued the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint from June 4, 2026 to June 18, 2026 (Dkt. 68).

e. On June 3, 2026, on the Parties' stipulation, the Court continued the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint to July 30, 2026 (Dkt. 71).

f. On July 24, 2026, on the Parties' stipulation, the Court extended the case schedule through class certification by approximately two months (Dkt. 73).

6. The full set of proposed dates is set for in the Stipulation, and the requested modifications would not affect any other date or deadline set by the Court.

Dated: October 9, 2026

*/s/Kahn Scolnick*

KAHN A. SCOLNICK (S.B.N. 228686)
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*