AMBER L. SCHUBERT (S.B.N. 278696)
aschubert@awkolawllp.com
Of Counsel
**AYLSTOCK WITKIN KREIS & OVERHOLTZ PLC**
2193 Fillmore Street
San Francisco, California 94115
Telephone: (415) 251-6799

SABITA J. SONEJI (S.B.N. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

*Counsel for Ryan Keller and Sharon Schanzer, Individually and on behalf of their businesses, KELLER HOLDINGS LLC and RLDGROUP*

KAHN A. SCOLNICK, SBN 228686
kscolnick@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

ANDREW M. KASABIAN, SBN 313210
akasabian@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800

*Counsel for Defendants Automattic Inc. and Matthew Charles Mullenweg*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (DBA SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

*Plaintiffs*,

v.

AUTOMATTIC INC., a Delaware corporation, and MATTHEW CHARLES MULLENWEG, an individual,

*Defendants.*

No. 4:25-cv-01892-AMO

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION EXTENDING CLASS CERTIFICATION AND DAUBERT MOTION DEADLINES**

Judge: Hon. Araceli Martínez-Olguín

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule adopted by the Court be modified as follows:

| **Deadline** | **Proposed Date** |
|---|---|
| Deadline for Affirmative Expert Reports for Class Certification | November 12, 2026 |
| Close of Fact Discovery for Class Certification (limited merits discovery permitted following class certification order, if necessary) | November 18, 2026 |
| Deadline for Rebuttal Expert Reports for Class Certification | December 14, 2026 |
| Close of Expert Discovery for Class Certification | January 13, 2027 |
| Deadline for Motion for Class Certification | January 13, 2027 |
| Deadline for Opposition to Motion for Class Certification | February 18, 2027 |
| Deadline for Defendants to file Daubert Motions* | February 18, 2027 |
| Deadline for Reply in support of Motion for Class Certification | March 4, 2027 |
| Deadline for Plaintiffs to file Daubert Motions* | March 4, 2027 |
| Deadline for Plaintiffs to respond to Defendants' Daubert Motions | March 4, 2027 |
| Deadline for Defendants to reply in support of their Daubert Motions | March 18, 2027 |
| Deadline for Defendants to respond to Plaintiffs' Daubert Motions | March 25, 2027 |
| Deadline for Plaintiffs to reply in support of their Daubert Motions | April 1, 2027 |
| Hearing on Class Certification | To be noticed by the filing party based on the Court's availability at the time of filing. |

* Each side is limited to three *Daubert* motions for the entire case absent leave of Court. *Daubert* opening and responsive briefs shall not exceed 5 pages. *Daubert* relies shall not exceed three pages.

Dated: October 15, 2026

Araceli Martínez-Olguín
United States District Judge