# EXHIBIT 1

## FILED UNDER SEAL

Plaintiffs highlighted relevant portions

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895363

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | onceheld | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894457

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | onceheld | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895394

**Zendesk Product Insights Tags:**
a8c_partnerships | assigned_sajmes | onceheld | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted]. My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894542

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | onceheld | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895461

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | onceheld | woo_account_collaborator | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890894

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] ashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890783

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] It has been a while since we last connected. I hope that all is well! **I want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you or your team have any concerns or require support, we?re here to help. That said, I noticed that you have at least one site connected to your agency dashboard that is hosted at WP Engine. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890327

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted]nd I manage partner relationships for th[redacted]rogram. I understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. I believe that I worked with you and your team when I was at WPE over 2 years ago! It is a small world, and even smaller in the WordPress space! :) **I want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] (it would be great to catch up!) Let me know how I can help!

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895558

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] **
[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895446

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] **
[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894448

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns [redacted] here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY A8C_CA00000459

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895505

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895371

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted]y name is [redacted]nd I manage partner relationships for the [redacted]. We understand that you currently have one or more sites connected to your [redacted]dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]is offering **$100 for each site that you migrate from WP Engine to [redacted]up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]Let me know how I can help! Cheers, [redacted]**[redacted]*[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895215

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895271

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted]ly name is [redacted]nd I manage partner relationships for the [redacted]program. We understand that you currently have one or more sites connected to your [redacted]dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted]p to $10,000 total****.** For annual subscriptions, we will credit your [redacted]ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted]*[redacted]* [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895400

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894557

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895228

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895280

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
H[redacted] My name is [redacted]nd I manage partner relationships for the [redacted]rogram. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted]p to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]et me know how I can help! Cheers, [redacted]** [redacted]** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895356

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895538

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] rogram. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895332

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895429

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] rogram. We understand that you currently have one or more sites connected to your [redacted] ashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If [redacted] to schedule a call to discuss further, please [redacted] Meet wit [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895243

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895424

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | support_tier_1 | verified_woo_developer | woo_account_collaborator | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895256

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted]nd I manage partner relationships for the [redacted]rogram. We understand that you currently have one or more sites connected to your [redacted]ashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted]up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]Let me know how I can help! Cheers, [redacted]**[redacted]*[redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895347

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894465

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted]nd I manage partner relationships for the [redacted]rogram. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]et me know how I can help! Cheers, [redacted]** [redacted]* [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895512

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] et me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895455

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]et me know how I can help! Cheers, [redacted]* [redacted]** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895238

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895484

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
H[redacted]My name is [redacted]d I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted]dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with[redacted] Let me know how I can help! Cheers, [redacted]*[redacted]* [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895474

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895439

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | woo_account_collaborator | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] *[redacted]* [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894534

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895382

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted]nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted]** [redacted]* [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895497

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] p to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895521

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] et me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895298

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894524

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895574

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] ** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895408

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] ogram. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted]** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895416

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8894511

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted]nd I manage partner relationships for the[redacted]rogram. We understand that you currently have one or more sites connected to your [redacted]dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]is offering **$100 for each site that you migrate from WP Engine to [redacted]up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with[redacted]Let me know how I can help! Cheers, [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-16

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8895247

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890303

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: M[redacted] [redacted] know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890232

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] rogram. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890436

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted]y name is [redacted]nd I manage partner relationships for th[redacted]rogram. We understand that you currently have a number of sites [redacted]dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]is offering **$100 for each site that you migrate from WP Engine to [redacted]p to $10,000 total****.** For annual subscriptions, we will credit your [redacted]account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted]et me know how I can help! Cheers, [redacted]*[redacted]**[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890508

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890238

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted] Hi [redacted] Thank you for the candid feedback, I've passed along to my team. I understand your concerns and agree that it's been a hard time for everyone in the ecosystem, especially agencies. I am glad to hear that WP Engine has been a reliable hosting partner for you and I hope that continues into the future. If you ever want to have a more in depth conversation about this or anything else related to the [redacted] partner program, feel free to put some time on my calendar and I would be happy to chat further. Cheers [redacted] ** [redacted] ** [redacted] This is astounding. You think the crap you guys are pulling makes agencies want to leave WP Engine? I'm not considering leaving our reliable hosting partner, but I have been wondering WTF is wrong with you folks at [redacted] This is giving our clients heartache, its making extra work for us, and is a great argument for abandoning a decades-old blog platform that has outgrown its strengths in favor of a modern solution like [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890843

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890414

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] rogram. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890386

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890799

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY A8C_CA00000515

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890480

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | organization_note_added | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted] Requester is a member of an organization. Organization name [redacted] note:



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890262

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] ashboard that are hosted at WP Engine. **We want to acknowledge [redacted]ving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890863

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] rogram. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] et me know how I can help! Cheers, [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890808

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet wit[redacted] et me know how I can help! Cheers, [redacted]*[redacted]*[redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890365

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | support_tier_1 | verified_woo_developer | woo_account_collaborator | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] *[redacted]* [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890201

**Zendesk Product Insights Tags:**
a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890902

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | support_tier_1 | woo_developer | woo_target_customer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] o and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] p to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY A8C_CA00000529

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890909

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] *[redacted]** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890476

**Zendesk Product Insights Tags:**
a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] rogram. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] et me know how I can help! Cheers, [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890788

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

[redacted]* [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890400

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890890

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] ashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890829

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] nd I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890341

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890378

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890877

**Zendesk Product Insights Tags:**
a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted], My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890871

**Zendesk Product Insights Tags:**
a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890350

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890272

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890837

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | premium_plus | support_tier_1 | woo_developer | woo_premium_customer | woo_target_customer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted] More ticket discussion here: https://a8c.zendesk.com/agent/tickets/8900338 Note preferred name change to [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890885

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890210

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | woo_developer | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890466

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted]s offering **$100 for each site that you migrate from WP Engine to [redacted]up to $10,000 total****.** For annual subscriptions, we will credit your [redacted]ccount with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] *[redacted]* [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890854

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | support_tier_1 | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If [redacted] schedule a call to discuss further, please use my calendar link here: Meet with [redacted] t me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890814

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890406

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890174

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, ** [redacted] is offering ****$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****. For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan.** This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. **If you would like to schedule a call to discuss further, please use my calendar link here:** Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890225

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships in the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890428

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] * [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890456

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have a number of sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890820

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] is offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] * [redacted] * [redacted]



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY 

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-15

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8890860

**Zendesk Product Insights Tags:**
a4a_partner_manager | a8c_partnerships | wpengine_a4a_outreach

**Zendesk Product Insights Description:**
Hi [redacted] My name is [redacted] and I manage partner relationships for the [redacted] program. We understand that you currently have one or more sites connected to your [redacted] dashboard that are hosted at WP Engine. **We want to acknowledge recent developments involving WP Engine. It?s been a challenging few weeks in the WordPress ecosystem and I want to offer our support to you and your clients during this time.** Should you have any concerns or require support, we?re here to help. If you are considering moving away from WP Engine, [redacted] s offering **$100 for each site that you migrate from WP Engine to [redacted] up to $10,000 total****.** For annual subscriptions, we will credit your [redacted] account with the number of months remaining on your WP Engine plan. This offer is intended to alleviate any time or financial resources required to make the switch. However, we understand that this is a significant business decision and would be happy to chat through recommendations that would best serve your clients? needs. If you would like to schedule a call to discuss further, please use my calendar link here: Meet with [redacted] Let me know how I can help! Cheers, [redacted] ** [redacted] ** [redacted]

# Zendesk Ticket

**Zendesk Product Insights Created Date:**
2024-10-01

**Zendesk Product Insights Ticket Group:**
Other

**Zendesk Product Insights Ticket ID:**
8815745

**Zendesk Product Insights Tags:**
concierge_wordpress | onceheld

**Zendesk Product Insights Description:**
Adding myself as follower. Hello Team, We wanted to reach out today to see if you would be willing to have us move https://www[redacted]for you. Feel free to let us know if you have any questions or if you'd be OK with the migration, and we can get started. Thanks! ?[redacted]Concierge Services, [redacted] Making the web a better place. WordPress | WooCommerce | Tumblr | Day One | Pocket Casts Hi[redacted]_Happy Friday!_ We wanted to ask again if you would be open to moving [redacted]over to [redacted] We could handle the migration for you and have things prepped on a staging site if you'd like to have a look at things hosted on[redacted] Let us know if you have any questions, Thanks! ?[redacted]Making the web a better place. WordPress | WooCommerce | Tumblr | Day One | Pocket Casts Hi [redacted]We hope this message finds you well. We?re reaching out since your site, [redacted] is hosted with WP Engine. If you weren?t yet aware, we wanted to share that [redacted] the company behind WP Engine, has initiated legal action against us at [redacted]after we highlighted their history of profiting from WordPress without contributing their fair share back to the open source project. Contributions from individuals and companies are essential to the health of the WordPress project because they allow us to innovate and evolve the software that powers your site. If you have any questions or concerns about the situation, or are interested in exploring alternatives to WP Engine for your hosting needs, please let us know and we?d be happy to migrate your site for you. All the best, ?[redacted]Concierge Services, [redacted] Making the web a better place. WordPress | WooCommerce | Tumblr | Day One | Pocket Casts Howdy [redacted]On November 19th, [redacted]as offline again for about 10 minutes. This was the third time we had recorded the site unexpectedly going offline this year and returning online. We'd love to discuss a path to move the website hosting over to [redacted] and allow us to provide the hosting at no cost to you. If you'd like to get started, we can migrate a copy of the website over to [redacted]and ensure that everything functions as expected on the new platform. Assuming everything functions as expected, the last step would be to make some DNS updates. Let us know if that is something you are interested in, or if you have any questions. Thanks!! ?[redacted]Concierge Services, [redacted]Making the web a better place. WordPress | WooCommerce | Tumblr | Day One | Pocket Casts We are going

to pause our outreach as we've not heard back from this partner: **P2 Notes for more info:** https://to51.wordpress.com/2024/09/26/reaching-out-to-team-51-partners-on-wp-engine/#comment-37574



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY