# EXHIBIT A

**From:** Christian Whitmer
**To:** Kasabian, Andrew M.
**Cc:** Minassians, Milene A; Scolnick, Kahn A.; Staicer, Janae; Amber Schubert; Celina Reynes; Sabita Soneji
**Subject:** RE: Keller v Automattic - Discovery Follow-Up
**Date:** Friday, May 15, 2026 4:26:42 PM
**Attachments:** image001.png

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon Andrew,

Plaintiffs Keller and Schanzer have completed their searches and provided us with additional responsive documents. We have completed our review and are working on getting the production finalized for you. The production will not go out today, but we anticipate that you will receive them on Monday.

Have a nice weekend,

Christian Whitmer ■ Staff Attorney ■ Tycko & Zavareei LLP ■ www.tzlegal.com
2000 Pennsylvania Ave, NW ■ Suite 1010 ■ Washington, DC 20006
p 202.935.6335 ■ f 202.973.0950

*This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message.*

---

**From:** Christian Whitmer
**Sent:** Wednesday, May 6, 2026 9:39 AM
**To:** Kasabian, Andrew M. <akasabian@gibsondunn.com>
**Cc:** Minassians, Milene A <mminassians@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Staicer, Janae <JStaicer@gibsondunn.com>; Amber Schubert <aschubert@sjk.law>; Celina Reynes <creynes@sjk.law>; Sabita Soneji <ssoneji@tzlegal.com>
**Subject:** Keller v Automattic - Discovery Follow-Up

Good morning Andrew,

We are following up on your 4/17 email which laid out 5 categories of documents that you allege are outstanding. We have spoken to our clients and, notwithstanding our objections to Defendant Automattic's Requests for Production, the Plaintiffs will conduct additional searches for these documents to the extent they have not already. We anticipate that both Plaintiffs will complete these searches by May 8, after which we will work swiftly to produce

any responsive, non-privileged documents to you during the week of May 11.

Contracts: Both Plaintiff Keller and Plaintiff Schanzer confirmed that their contracts with WPE were the WPE Terms of Service covering each of their plans. We have asked the clients to confirm which plan(s) or service(s) they were subscribed to in 2024 at the time of the events that triggered this lawsuit.

Financial RFPs: Subsequent to your email, Plaintiffs produced Plaintiff Keller's invoices, and you now have the invoices from both Schanzer and Keller to their clients.

Clients: Plaintiffs are conducting a search for any contracts or agreements that are responsive to RFP No. 4. They are also conducting searches for documents and communications responsive to RFP No. 5 and Keller RFP No. 8 (Schanzer RFP No. 9).

Other Communications (Ryan Keller Emails): Although you asked specifically about Ryan Keller's emails, we are taking this opportunity to ensure that both Plaintiffs have completed an adequate search for communications responsive to Keller RFP Nos. 2, 6, 7, 9, 10, 14, 15, 17, 22, 24, and 25 (Schanzer RFPs 2, 7, 10, 11, 15, 16, 18, 23, 25, 26).

WP Engine Account Pages: Plaintiff Schanzer will produce screenshots of the additional tabs associated with the WP Engine Account Page. Plaintiff Keller will produce screenshots of the WP Engine Account page and the additional tabs associated with that page.

Best,

Christian Whitmer ■ Staff Attorney ■ Tycko & Zavareei LLP ■ www.tzlegal.com
2000 Pennsylvania Ave, NW ■ Suite 1010 ■ Washington, DC 20006
p 202.935.6335 ■ f 202.973.0950

*This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message.*