# EXHIBIT O

**From:** Kasabian, Andrew M.
**To:** "Amber Schubert"
**Cc:** "Sabita Soneji"; Minassians, Milene A; Staicer, Janae; Scolnick, Kahn A.; "Celina Reynes"; "Christian Whitmer"
**Subject:** RE: Keller v Automattic - Request for Meet and Confer
**Date:** Wednesday, August 12, 2026 10:16:38 AM

---

All,

Below is a brief update of the items raised in Christian's prior email relating to purportedly missing documents. We are continuing to investigate the various points raised, so we hope to have a further update soon.

First, several hyperlinks appear to redirect to publicly available documents. For example, A8C_CA00059801 redirects to a video on a domain titled Fathom.Video. Similarly, the link titled "Open Source, Trademarks, and WP Engine" in A8C_CA00060546 redirects to a publicly available article.

Second, Defendants have already produced materials contained within several links, which should be apparent based on the name of the hyperlink and corresponding document. For example, Defendants appear to have already produced the document hyperlinked at "WPE Competitive Campaign" in A8C_CA00061715 (A8C_CA00011648), as well as the "Sentiment Report Tracker," "Media Tracker," and the "A8C/WP Engine Comms Resources Part 1" in A8C_CA00060546 (A8C_CA00064082, A8C_CA00073064, and A8C_CA00011657, respectively).

Third, there are several materials referenced in Christian's email that we were able to locate and which we will be able to produce. This includes hyperlinked materials in A8C_CA00060546, 63021, 61987, and 14568.

We will provide a further update as soon as we are able.

Thank you,

**Andrew M. Kasabian**
Associate Attorney

T: +1 949.451.4341 | M: +1 916.834.1216
AKasabian@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** Kasabian, Andrew M.
**Sent:** Thursday, August 6, 2026 8:56 PM
**To:** 'Amber Schubert' <aschubert@sjk.law>
**Cc:** Sabita Soneji <ssoneji@tzlegal.com>; Minassians, Milene A <MMinassians@gibsondunn.com>; Staicer, Janae <JStaicer@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Celina Reynes <creynes@sjk.law>; Christian Whitmer <cwhitmer@tzlegal.com>
**Subject:** RE: Keller v Automattic - Request for Meet and Confer

Counsel,

Thanks for the meet and confer earlier this afternoon. In addition to Amber's representations from her email last night, below is a memorialization of what we discussed.

- Plaintiffs will prepare and provide a privilege log.
- As required by the Court's standing order, Defendants are preparing a declaration regarding the ESI Protocol, which we will circulate to Plaintiffs prior to filing.
- Defendants will provide an update early next week regarding the items raised in Christian's prior email. Defendants

reserve all rights regarding the materials requested/referenced in Christian's email, but Defendants are still investigating the referenced materials.

- Counsel will begin collecting potential deposition dates for their respective clients. Plaintiffs intend to depose witnesses in September, including a 30(b)(6) witness, Mr. Mullenweg, and potentially additional 30(b)(1) witnesses. Plaintiffs intend to provide a narrowed 30(b)(6) notice and potential other 30(b)(1) deponents soon. Defendants intend to depose the named plaintiffs, in person, in September or early October.
- Plaintiffs will reach out to Judge Welsch's case manager to determine: (1) payment of mediation fees and (2) whether other materials are requested in advance of the October 1 mediation.
- Sabita sent around a hold for a follow-up meet and confer on August 20 at 2:30 p.m. PT.

Thanks,
Andrew

**Andrew M. Kasabian**
Associate Attorney

T: +1 949.451.4341 | M: +1 916.834.1216
AKasabian@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** Amber Schubert <aschubert@sjk.law>
**Sent:** Wednesday, August 5, 2026 8:58 PM
**To:** Kasabian, Andrew M. <AKasabian@gibsondunn.com>
**Cc:** Sabita Soneji <ssoneji@tzlegal.com>; Minassians, Milene A <MMinassians@gibsondunn.com>; Staicer, Janae <JStaicer@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>; Celina Reynes <creynes@sjk.law>; Christian Whitmer <cwhitmer@tzlegal.com>
**Subject:** Re: Keller v Automattic - Request for Meet and Confer

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Andrew,

In advance of tomorrow's meet-and-confer call, we wanted to respond to the issues raised in your July 8 letter regarding Plaintiffs' document productions.

**ESI Protocol.** On July 21, Sabita confirmed that Plaintiffs consented to your proposed revisions to the ESI Protocol. As we understand it, the protocol is now ready for Defendants to file with the Court.

**Plaintiff Keller's WPE Account Records.** We identified a technical issue with the Bates numbering of PL-KELLER304-0322 that resulted in reduced image quality. We will produce replacement documents in higher quality.

**Email Communications.** We have produced all non-privileged, responsive emails within Plaintiffs' possession, custody, or control. As we previously explained, Plaintiff Keller does not have responsive emails relating to the issues in this litigation. Instead, Kelly Keller managed communications through the relevant email account, and we have produced her responsive emails.

**Relevance Redactions.** After consulting with our clients, we will reproduce the client invoices without

redactions for relevance.

**Invoices and Quotes.** Based on our discussions with our clients, it is our understanding that the invoices we produced were paid in full. We are currently conducting a search for accounting records or other documents confirming those payments (e.g., QuickBooks reports) and will produce any responsive, non-privileged documents that can be reasonably located.

**Plaintiffs' WPE Service Plans.** As we previously explained, Plaintiffs did not retain copies of these publicly available contracts. Nevertheless, the contracts have already been produced to you as part of WPE's response to our non-party subpoena. We are working with WPE's counsel to identify the Bates numbers corresponding to the plans applicable to Plaintiffs and putative class members during the relevant period, and we will supplement our response with that information if available.

We believe these responses address the issues raised in your letter, but we're happy to discuss them further during tomorrow's call.

Best,
Amber

**AMBER L. SCHUBERT**

**Partner**

Schubert Jonckheer & Kolbe

direct
415.788.5737

cell
415.690.7101

pronouns
she/her

On Aug 3, 2026, at 7:32 PM, Sabita Soneji <ssoneji@tzlegal.com> wrote:

Thanks, Andrew. Let's do 2:30pm PT on Thursday. I'll send an invite.

**Sabita Soneji** ■ Partner ■ TYCKO & ZAVAREEI LLP
1970 Broadway ■ Suite 1070 ■ Oakland, CA 94612
p 510.254.6808 ■ f 202.973.0950

*This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message.*

---

**From:** Kasabian, Andrew M. <AKasabian@gibsondunn.com>
**Date:** Sunday, August 2, 2026 at 22:27
**To:** Sabita Soneji <ssoneji@tzlegal.com>; Minassians, Milene A <MMinassians@gibsondunn.com>; Staicer, Janae <JStaicer@gibsondunn.com>; Scolnick, Kahn A. <KScolnick@gibsondunn.com>
**Cc:** creynes <creynes@sjk.law>; Christian Whitmer <cwhitmer@tzlegal.com>; Amber Schubert <aschubert@sjk.law>
**Subject:** RE: Keller v Automattic - Request for Meet and Confer

Hi Sabita – we can do Wednesday after 2:00 p.m. or Thursday before 11 a.m. or after 2:30 p.m.  Let us know