# EXHIBIT Q

**From:** Christian Whitmer <cwhitmer@tzlegal.com>
**Sent:** Friday, October 23, 2026 14:26
**To:** Geng Chen; Sabita Soneji; Stephen Shackelford; Shawn Rabin
**Cc:** Amber Schubert; Francesca Burne
**Subject:** RE: Keller v Automattic - Meet and Confer

EXTERNAL Email

Geng,

Following up with the Bates numbers of the following contractual documents that WPE's counsel has represented to us are the "2024 versions" of each document, and thus applied to Plaintiffs during the proposed class period:

Terms of Service: WPE_KELLER00002179
Acceptable Use Policy: WPE_KELLER00001863
Data Privacy Policy: WPE_KELLER00001881
Privacy Policy: WPE_KELLER00001955

Please let me know if you have any questions,

**Christian Whitmer** ■ Staff Attorney ■ TYCKO & ZAVAREEI LLP ■ www.tzlegal.com
2000 Pennsylvania Ave, NW ■ Suite 1010 ■ Washington, DC 20006
p 202.935.6335 ■ f 202.973.0950

*This message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, the recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the email message.*

---

**From:** Geng Chen <GChen@susmangodfrey.com>
**Sent:** Thursday, October 22, 2026 11:00 PM
**To:** Christian Whitmer <cwhitmer@tzlegal.com>; Sabita Soneji <ssoneji@tzlegal.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Shawn Rabin <srabin@SusmanGodfrey.com>
**Cc:** Amber Schubert <aschubert@awkolawllp.com>; Francesca Burne <fburne@awkolaw.com>
**Subject:** Re: Keller v Automattic - Meet and Confer

Christian,

Nice to meet you too. Thanks for sending these. As discussed, please also provide the Bates numbers of the contracts that applied to plaintiffs during the proposed class period.

Geng Chen
Susman Godfrey L.L.P.
o 212-729-2008 | c 703-728-9462