Sabita J. Soneji (CA Bar No. 224262)
ssoneji@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Amber L. Schubert (S.B.N. 278696)
aschubert@awkolawllp.com
**AWKO LAW LLP**
2193 Fillmore Street
San Francisco, CA 94115
Telephone: 850-202-1010

*Attorneys for Plaintiffs and the Proposed Classes*

Stephen Shackelford, Jr. *(admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com

*Attorneys for Defendant Automattic Inc.*

Timothy Paul Crudo (SBN CA 143835)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
tcrudo@coblentzlaw.com

*Attorneys for Defendant Matthew Mullenweg*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,

Plaintiff,

v.

AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,

Defendant.

Case No. 4:25-CV-01892-AMO

CLASS ACTION

**STIPULATED REQUEST FOR ORDER STAYING ALL CASE DEADLINES PENDING MEDIATION**

Judge: Hon. Araceli Martinez-Olguín

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs Ryan Keller and Sharon Schanzer ("Plaintiffs") and Defendants Automattic, Inc. and Matthew Charles Mullenweg ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on July 9, 2025, on the Parties' stipulation, the Court entered an order setting deadlines for briefing, expert reports, and discovery regarding Plaintiffs' Motion for Class Certification and the Parties' contemplated *Daubert* Motions (Dkt. 39);

**WHEREAS**, the Court granted Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint on December 16, 2025, and ordered Plaintiffs to file any Second Amended Complaint by January 15, 2026 (Dkt. 51);

**WHEREAS**, on December 23, 2025, on the Parties' stipulation and before Plaintiffs filed their Second Amended Complaint, the Court entered an order extending the case schedule through class certification by approximately four months (Dkt. 54):

**WHEREAS**, on May 11, 2026, the Court *sua sponte* continued the hearing on the Motion to Dismiss to June 18, 2026 (Dkt. 68);

**WHEREAS**, on June 3, 2026, on the Parties' stipulation, the Court entered an order continuing the hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint to July 30, 2026 (Dkt. 71);

**WHEREAS**, meanwhile, the Parties had been pursuing discovery, meeting and conferring as necessary to resolve any discovery disputes, and had been discussing an agreeable schedule for depositions;

**WHEREAS**, on July 24, 2026, on the Parties' stipulation, the Court entered an order extending the case deadlines through class certification by approximately two months;

**WHEREAS**, on July 27, 2026, the Court granted in part and denied in part Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 75);

**WHEREAS**, on October 15, 2026, on the Parties' stipulation explaining that new counsel would be substituting into this case for Defendants imminently and thus good cause existed for a short extension to allow new counsel to familiarize themselves with the case and the record (Dkt.

83), the Court entered an order extending the case deadlines by approximately one month (Dkt. 91);

**WHEREAS**, new counsel appeared on behalf of Defendant Automattic Inc. on October 14, 2026 (Dkts. 84-87, 92), and new counsel appeared on behalf of Defendant Matthew Charles Mullenweg on October 23, 2026 (Dkts. 95-99), the same date on which prior counsel withdrew (Dkts. 100-104);

**WHEREAS**, Plaintiffs and new counsel for Defendants have been working cooperatively and have agreed that it is in the interests of all parties to attempt to resolve this action through mediation;

**WHEREAS**, the parties have selected the Honorable Gary A. Feess, a retired United States District Judge who served in the Central District of California and is currently affiliated with Phillips ADR Enterprises, to serve as mediator;

**WHEREAS**, the parties have scheduled an in-person mediation for December 3, 2026;

**WHEREAS**, the parties believe that a stay of all case deadlines pending the outcome of mediation will facilitate their efforts to resolve this action, conserve judicial and party resources, and avoid unnecessary litigation activity while the parties pursue settlement;

**WHEREAS**, on October 30, 2026, Defendants filed a Motion to Compel Arbitration and Enforce Class Action Waiver (Dkt. 106); although the Parties disagree as to whether there is an enforceable arbitration clause and whether the time for raising such an issue has passed, they agree it would conserve resources to stay the deadline for responding to that motion pending mediation;

**WHEREAS**, notwithstanding the requested stay, the Parties have agreed to engage in certain limited discovery in advance of the December 3, 2026 mediation;

**WHEREAS**, the parties have agreed to provide the Court with a joint status report regarding the outcome of mediation on or before December 10, 2026;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and among the parties, through their respective counsel, as follows:

1. All deadlines and dates in this action, including all discovery deadlines, motion deadlines, and other deadlines established by the Court or otherwise applicable in this action, shall be stayed

pending the outcome of mediation.

2. The parties shall participate in an in-person mediation before the Honorable Gary A. Feess on December 3, 2026.

3. The parties shall file a joint status report with the Court on or before December 10, 2026, advising the Court of the outcome of mediation and proposing further proceedings, as appropriate.

4. Following mediation, the parties shall meet and confer regarding the status of the action and any necessary revised schedule, and shall address such matters in their joint status report.

Date: November 2, 2026

*/s/ Amber L. Schubert*

Sabita J. Soneji (S.B.N. 224262)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808

Amber L. Schubert (S.B.N. 278696)
**AWKO LAW LLP**
2193 Fillmore Street
San Francisco, CA 94115
850-202-1010
aschubert@awkolawllp.com

*Attorneys for Plaintiffs and the Proposed Classes*

Stephen Shackelford, Jr. (admitted *pro hac vice*)
Shawn J. Rabin (admitted *pro hac vice*)
Geng Chen (admitted *pro hac vice*)
Shauli Bar-On (SBN CA 356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Fl.
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
gchen@susmangodfrey.com
sbar-on@susmangodfrey.com

Eliza Finley (SBN CA 301318)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Ste 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
efinley@susmangodfrey.com

*Attorneys for Defendant Automattic Inc.*

Timothy Paul Crudo (SBN CA 143835)
Rachel Rose Suhr (SBN CA 323531)
Daniel Mark Bruggebrew (SBN CA 307037)
Mark L. Hejinian (SBN CA 281417)
Rees F. Morgan(SBN CA 229899)
**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
tcrudo@coblentzlaw.com
rsuhr@coblentzlaw.com
dbruggebrew@coblentzlaw.com
mhejinian@coblentzlaw.com
rmorgan@coblentzlaw.com

*Attorneys for Defendant Matthew Mullenweg*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Amber L. Schubert, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this filing and have authorized it.

Dated: November 2, 2026

*/s/ Amber L. Schubert*
Amber L. Schubert