**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br>Defendant. | Case No. 4:25-CV-01892-AMO<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER STAYING ALL CASE DEADLINES PENDING MEDIATION**<br><br>Judge: Hon. Araceli Martinez-Olguín |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all deadlines and dates in this action are stayed pending the outcome of mediation. The parties shall participate in an in-person mediation before the Honorable Gary A. Feess on December 3, 2026. The parties shall file a joint status report on or before December 10, 2026, advising the Court of the outcome of mediation and proposing further proceedings, as appropriate.

Dated: ______________________

Araceli Martinez-Olguin
United States District Judge