**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN KELLER and SHARON SCHANZER, individually and on behalf of their businesses, KELLER HOLDINGS LLC (d/b/a SecureSight) and RLDGROUP, and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC INC., a Delaware corporation; and MATTHEW CHARLES MULLENWEG, an individual,<br>Defendant. | Case No. 4:25-CV-01892-AMO<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ **ORDER STAYING ALL CASE DEADLINES PENDING MEDIATION *As Modified***<br><br>Judge: Hon. Araceli Martínez-Olguín |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all deadlines and dates in this action are stayed pending the outcome of mediation. The parties shall participate in an in-person mediation before the Honorable Gary A. Feess on December 3, 2026. The parties shall file a joint status report on or before December 10, 2026, advising the Court of the outcome of mediation and proposing further proceedings, as appropriate. **If the case does not settle at the December 3, 2026 mediation, the stay shall automatically expire on December 4, 2026. On or before December 10, 2026, in addition to their joint status report, the parties shall also file a new case schedule extending all current deadlines by the length of the stay. The motion to compel arbitration, Dkt. No. 106, and accompanying administrative motion to seal, Dkt. No. 107, are administratively terminated, subject to re-submission, if appropriate, after the stay expires.**

**IT IS SO ORDERED AS MODIFIED.**

Dated: November 4, 2026

Araceli Martínez-Olguín
United States District Judge